# Exhibit A

50% off your first month Click for details



Marketplace    Why Persona    Explore    Sign In



Terms & Conditions

💬 Chat With Us

Welcome to Persona and our Terms of Use (these "Terms"). These Terms are important and affect your legal rights, so please read them carefully.

**NOTE THAT SECTION 3 OF THESE TERMS CONTAINS A MANDATORY ARBITRATION PROVISION THAT REQUIRES THE USE OF ARBITRATION ON AN INDIVIDUAL BASIS AND LIMITS THE REMEDIES AVAILABLE TO YOU IN THE EVENT OF CERTAIN DISPUTES.**

By accessing or using the websites, mobile applications, or blogs, as well as our Facebook, Instagram, Twitter, and other social media or interactive pages (collectively, the "Sites") provided by Persona or our subsidiaries or other affiliates (collectively, "Persona," "we," "us" or "our") that link to these Terms, you agree to be bound by these Terms and all of the terms incorporated herein by reference. If you do not agree to these Terms, you may not access or use the Sites, take our Vitamin Advisor, or order or receive vitamins and nutritional supplements or other products made available through the Sites (collectively, the "Products").

These Terms do not alter in any way the terms or conditions of any other agreement you may have with us in respect of any products, services, or otherwise. If you are using the Sites on behalf of any entity, you represent and warrant that you are authorized to accept these Terms on such entity's behalf and that such entity agrees to be responsible to us if you or such entity violates these Terms.

## TERMS OF USE

### 1. Description and Use of the Platform

Persona provides vitamins and nutritional supplements packaged for daily use and other Products. Through our platforms, including our website www.personanutrition.com (the "Website"), mobile application and interaction by telephone, e-mail, chat or other media with our nutritionists that provide a link to this privacy policy (collectively, the "Platform"), we offer health and wellness recommendations based on information you provide and subscription services ("Services") for the vitamins and nutritional supplements purchased through our Platform.

### 2. Eligibility

The Sites are not targeted toward or intended for use by anyone under the age of 18. By using the Sites, you represent and warrant that you (a) are 18 years of age or older, (b) are a legal resident of the United States, (c) have not been previously suspended or removed from the Sites, (d) have not engaged in any activity that could result in suspension or removal from the Sites, (e) do not have more than one Persona account, and (f) have full power and authority to enter into these Terms and in so doing will not violate any other agreement to which you are a party.

### 3. Arbitration and Dispute Resolution

**PLEASE READ THIS SECTION CAREFULLY AS IT AFFECTS YOUR RIGHTS.**

Most customer concerns can be resolved quickly and to the customer's satisfaction by emailing us (info@personanutrition.com).

In the event that we are not able to resolve a dispute, we each agree that any and all disputes, controversies or claims (whether in contract, tort, or under any statute, regulation, ordinance, or any other source of law) arising under or relating in any way to this agreement, to the contractual relationship established by this agreement, or to our Products, Sites, or Platform shall be resolved on an individual basis through binding arbitration administered by the American Arbitration Association, in accordance with the American Arbitration Association's then-existing rules for arbitration of consumer-related disputes (accessible at https://www.adr.org/Rules), except that you may assert individual claims in small claims court, if your claims qualify.

You and Persona each expressly waive any right to trial by jury and the right to participate in a class action lawsuit or class-wide arbitration. Neither you nor Persona shall be permitted or entitled to join or consolidate claims by or against others, or arbitrate or otherwise participate in any claims as a class member or class representative.

The arbitration will be conducted by a single, neutral arbitrator and will take place in the county or parish in which you reside, or another mutually agreeable location, in the English language. All issues are for the arbitrator to decide, including (but not limited to) issues relating to the scope and enforceability of this agreement to arbitrate and the arbitrability of any dispute between you and Persona. The arbitrator may award any relief that a court of competent jurisdiction could award, including attorneys' fees when authorized by law. Judgment on the award rendered by the arbitrator may be entered in any court having jurisdiction thereof. At your request, hearings may be conducted in person or by telephone, and the arbitrator may provide for submitting and determining motions on briefs, with or without oral hearings. Persona agrees that, upon request, it will pay a consumer's filing fee for the arbitration.

For the benefit of the parties, all aspects of the arbitration proceeding, including (but not limited to) the transcripts of the hearing, the transcript of any deposition, and all documents produced or used during the arbitration proceeding, will be strictly confidential.

The Federal Arbitration Act governs the interpretation and enforcement of this agreement to arbitrate. If a court decides that any provision of this Section is invalid or unenforceable, that provision will be severed and the other parts of this paragraph (and the remainder of these terms) will continue to apply, but in no case shall either you or Persona be permitted to participate in a class action lawsuit or class-wide arbitration.

**This arbitration provision is optional.** You may decline or opt out of this agreement to arbitrate by sending written and signed notice to (info@personanutrition.com) within (30) calendar days of signing up for subscription services for the vitamins and nutritional supplements purchased through our Platform.

## 4. Community Guidelines

Persona's community, like any community, functions best when its people follow a few simple rules. By accessing and/or using the Sites or the Platform, you hereby agree to comply with these community rules and that:

- Subscribers must be the age of majority in their jurisdiction and capable of entering into binding contracts;
- You will not use the Sites or the Platform for any unlawful purpose;
- Subscribers may not use the Services to engage in any commercial activities, including, without limitation, raising money; advertising or promoting a product, service, or company; or engaging in any pyramid or other multi-tiered marketing scheme;
- You will not upload, post, e-mail, transmit, or otherwise make available any User Content that:
    - is false, deceptive, misleading, deceitful, or misinformative;
    - infringes any copyright, trademark, trade secret, right of publicity, or other proprietary rights of any person or entity;
    - is threatening, tortious, defamatory, libelous, indecent, obscene, pornographic, invasive of another's privacy, or promotes violence; or
    - discloses any sensitive information about another person, including that person's e-mail address, postal address, phone number, credit card information, or any similar information;
- You will not access or use the Sites or the Platform to collect any market research for a competing business;
- You will not impersonate any person or entity or falsely state or otherwise misrepresent your affiliation with a person or entity;
- You will not take any action that imposes or may impose (in our sole discretion) an unreasonable or disproportionately large load on our technical infrastructure;
- You will not use automated means, including spiders, robots, crawlers, data mining tools, or the like to download or scrape data from the Sites or Platform, except for Internet search engines (e.g., Google) and non-commercial public archives (e.g., archive.org) that comply with our robots.txt file;
- You will not cover, obscure, block, or in any way interfere with any advertisements and/or safety features (e.g., report abuse button) on the Sites or the Platform; and
- You will not interfere with or attempt to interrupt the proper operation of the Sites or the Platform through the use of any virus, device, information collection or transmission mechanism, software, or routine, or access or attempt to gain access to any data, files, or passwords through hacking, password or data.

Please let us know about inappropriate content. If you find something that violates our community guidelines, let us know, and we'll review it.

We reserve the right, in our sole and absolute discretion, to deny you access to the Platform, or any portion of the Services, without notice, and remove any User Content that does not adhere to these guidelines.

## 5. Registration, Account, and Communication Preferences

In order to access and use certain areas or features of the Sites, you will need to register for a Persona account. By creating an account, you agree to (a) provide accurate, current, and complete account information, (b) maintain and promptly update from time to time as necessary your account information, (c) maintain the security of your password and accept all risks of unauthorized access to your account and the information you provide to us, and (d) immediately notify us if you discover or otherwise suspect any security breaches related to the Sites or your account.

By creating a Persona account, you also consent to receive electronic communications from us, via email or by posting notices to the Sites). These communications may include notices about your account (e.g., payment authorizations, password changes and other transactional information) and are part of your relationship with us. You agree that any notices, agreements, disclosures, or other communications that we send to you electronically will satisfy any legal communication requirements, including, but not limited to, that such communications be in writing. You should maintain copies of electronic communications from us by printing a paper copy or saving an electronic copy. We may also send you promotional communications via email, including, but not limited to, newsletters, special offers, surveys and other news and information we think will be of interest to you. You may opt out of receiving these promotional emails at any time by following the unsubscribe instructions provided therein. You agree that all agreements, notices, disclosures, and other communications that we provide to you electronically satisfy any legal requirement that such communications be in writing.

## 6. Terms of Sale

### 6.1 Subscriptions; Cancellation Policy

**Subscriptions.** Persona Subscribers receive shipments **approximately every four weeks** with a twenty-eight supply of vitamins and nutritional supplements, packaged for daily use in individual, personalized packets.

Persona provides an automatically recurring subscription service. As part of the our subscription service, **approximately every four weeks** you will receive a package from Persona including your order of vitamins and supplements. You can find specific details regarding your order and the Persona Service ("Account") by accessing the Site and accessing your Account details.

WHEN YOU REGISTER, YOU EXPRESSLY ACKNOWLEDGE AND AGREE THAT (A) PERSONA (OR OUR THIRD PARTY PAYMENT PROCESSOR) IS AUTOMATICALLY AUTHORIZED TO **CHARGE YOU APPROXIMATELY EVERY FOUR WEEKS** FOR YOUR SUBSCRIPTION (IN ADDITION TO ANY APPLICABLE TAXES AND OTHER CHARGES) FOR AS LONG AS YOUR SUBSCRIPTION CONTINUES, AND (B) YOUR SUBSCRIPTION IS CONTINUOUS UNTIL YOU CANCEL IT OR WE SUSPEND OR STOP PROVIDING ACCESS TO THE SITES OR PRODUCTS IN ACCORDANCE WITH THESE TERMS. YOU ACKNOWLEDGE AND AGREE THAT PERSONA WILL NOT OBTAIN ANY ADDITIONAL AUTHORIZATION FROM YOU FOR SUCH AUTOMATIC, RECURRING PAYMENTS. YOU MAY SKIP YOUR RECURRING ORDER AS OFTEN AS YOU'D LIKE BY MANAGING YOUR DELIVERY SCHEDULE ON YOUR DELIVERY SCHEDULE PAGE.

**Cancellation Policy.** YOUR SUBSCRIPTION WILL AUTOMATICALLY RENEW UNTIL YOU CANCEL. YOU MAY CANCEL AT ANY TIME BY CALLING +1 800-983-3887, BUT IF YOU CANCEL AFTER YOUR NEXT SHIPMENT HAS BEEN PREPARED OR SHIPPED YOU WILL BE RESPONSIBLE FOR ALL CHARGES (INCLUDING ANY APPLICABLE TAXES AND OTHER CHARGES) INCURRED PRIOR TO THE CANCELLATION OF YOUR SUBSCRIPTION.

In the event you cancel your Subscription, please note that we may still send you promotional communications about Persona, unless you opt out of receiving those communications by following the unsubscribe instructions provided therein.

### 6.2 Gifts

You have the ability to purchase subscriptions for other people through the Sites ("Gifts"). We offer various Gift packages, so please visit the Gifts page on our Website and our FAQs for more information.

When you purchase a Gift, we will send an email to the Gift recipient that can be used to redeem the Gift. The Gift recipient will be required to create a Persona account in order to access the Sites and redeem the Gift. Gifts are not refundable or redeemable for cash, unless otherwise required by applicable law. However, Gifts do not expire, and any unused balance will be placed in the Gift recipient's Persona account.

### 6.3 Free Trials

From time to time, to the extent legally permitted, we may offer free trials of certain subscriptions for specified periods of time without payment. If we offer you a free trial, the specific terms of your free trial will be provided in the marketing materials describing the particular trial or at registration.

ONCE YOUR FREE TRIAL ENDS, WE (OR OUR THIRD PARTY PAYMENT PROCESSOR) WILL BEGIN BILLING YOUR DESIGNATED PAYMENT METHOD ON A RECURRING BASIS FOR YOUR SUBSCRIPTION (PLUS ANY APPLICABLE TAXES AND OTHER CHARGES) FOR AS LONG AS YOUR SUBSCRIPTION CONTINUES, UNLESS YOU CANCEL YOUR SUBSCRIPTION PRIOR TO THE END OF YOUR FREE TRIAL. INSTRUCTIONS FOR CANCELING YOUR SUBSCRIPTION ARE DESCRIBED IN SECTION 6.1 ABOVE. PLEASE NOTE THAT YOU WILL NOT RECEIVE A NOTICE FROM US THAT YOUR FREE TRIAL HAS ENDED OR THAT THE PAID PORTION OF YOUR SUBSCRIPTION HAS BEGUN. WE RESERVE THE RIGHT TO MODIFY OR TERMINATE FREE TRIALS AT ANY TIME, WITHOUT NOTICE AND IN OUR SOLE DISCRETION.

### 6.4 Payment and Billing Information

By providing a credit card or other payment method that we accept, you represent and warrant that you are authorized to use the designated payment method and that you authorize us (or our third party payment processor) to charge your payment method for the total amount of your subscription or other purchase (including any applicable taxes and other charges) (collectively, as applicable, an "Order"). If the payment method cannot be verified, is invalid, or is otherwise not acceptable, your Order may be suspended or cancelled. You must resolve any problem we encounter in order to proceed with your Order. In the event you want to change or update payment information associated with your Persona account, you can do so at any time by logging into your account and editing your payment information.

You acknowledge that the amount billed may vary due to promotional offers, changes to your Subscription, or changes in applicable taxes or other charges, and you authorize us (or our third party payment processor) to charge your payment method for the corresponding amount.

### 6.5 Pricing and Availability

All prices are shown in U.S. dollars and applicable taxes and other charges, if any, are additional. We reserve the right to adjust prices as we may determine in our sole discretion, at any time and without notice; provided, however, that if we change the amounts or other charges associated with your Subscription, we will provide advance notice of such changes in accordance with Section 5. We will not, however, be able to notify you of changes in any applicable taxes. The shipment of Products, as applicable, to you after our delivery of such notice will confirm your acceptance of such changes, unless you cancel your subscription(s) in accordance with the cancellation policies set forth in Sections 6.1 prior to shipment.

All of our Products and Services are subject to availability. We reserve the right, in our sole discretion, to limit the quantity of items purchased per person, per household, or per Order, to discontinue offering certain Products, and to substitute Products (including, but not limited to, specific ingredients or entire items) without prior notice. We strive to provide you with high-quality Products, we may be required to make substitutions from time to time. If you are not satisfied with a substitution, please contact us at info@personanutrition.com.

### 6.6 Taxes

We will collect applicable sales tax on Products shipped to all jurisdictions for which we determine we have a duty to collect sales tax. If an item is subject to sales tax, you agree that the amount of taxes shown at checkout may be adjusted. Several factors may cause this, such as variances between processor programs and changes in tax rates.

### 6.7 Shipping and Handling

You agree to pay any shipping and handling charges shown at the time you make a purchase. We reserve the right to increase, decrease, add, or eliminate shipping and handling charges from time to time, but we will provide notice of the charges applicable to you before you make your purchase. Generally, shipping is handled by a third-party courier. Actual delivery dates may vary. You agree that you will not obtain, or direct shipment of, a Product for export. All Products purchased from us are made pursuant to a shipment contract. This means that title to and the risk of loss of such Products passes to you upon our delivery of the Product to the third-party courier.

### 6.8 Deliveries

You are responsible for inspecting all Products you receive from us for any damage or other issues upon delivery.

If you are not at home when your delivery arrives, the courier will generally leave the package for you at your door or in your mailbox. Any individual at the delivery address who accepts a delivery from us is presumed to be authorized to receive such delivery.

In the case of inclement weather or other events beyond our control that interfere with our ability to deliver your Order, we will attempt to deliver your Order as soon as reasonably possible. In some cases, delivery may occur prior to the scheduled delivery date. In the event that timely delivery of your Order is not feasible, we will cancel your delivery for the period so affected and issue you a credit or refund of the purchase price for that delivery.

### 6.9 No Resale

You are not permitted to resell or otherwise use the Products for commercial purposes.

### 6.10 Returns and Refunds

If you are dissatisfied with a Product or ingredient for any reason, please contact us at info@personanutrition.com with in fourteen (14) days of the date your first order was received and we will either replace the Product at our expense or, depending on the circumstances, provide you a full or partial credit or refund of the purchase price for that item. We may require the return or photographic documentation of any Product with which you are dissatisfied before we provide you a replacement, credit, or refund.

We are not responsible for the validation of the address provided at checkout and will not provide returns, refunds or replacement orders for address errors provided at checkout beyond 30 days of the first order.

## 7. License to Access and Use Our Sites and Content

Unless otherwise indicated in writing by us, the Sites and all content and other materials contained therein, including, without limitation, the Persona logo and all designs, text, graphics, pictures, information, data, software, sound files, User Content (as defined in Section 12), other files and the selection and arrangement thereof (collectively, "Content") are the proprietary property of Persona or our licensors or users, as applicable, and are protected by U.S. and international copyright laws.

You are hereby granted a limited, nonexclusive, nontransferable, nonsublicensable license to access and use the Sites and Content. However, such license is subject to these Terms and does not include any right to (a) sell, resell, or use commercially the Sites or Content, (b) distribute, publicly perform, or publicly display any Content, (c) modify or otherwise make any derivative uses of the Sites or Content, or any portion thereof, (d) use any data mining, robots, or similar data gathering or extraction methods, (e) download (other than the page caching) any portion of the Sites or Content, except as expressly permitted by us, and (f) use the Sites or Content other than for their intended purposes. Any use of the Sites or Content other than as specifically authorized herein, without our prior written permission, is strictly prohibited and will terminate the license granted herein. Such unauthorized use may also violate applicable laws, including, without limitation, copyright and trademark laws and applicable communications regulations and statutes. Unless explicitly stated by us, nothing in these Terms shall be construed as conferring any right or license to any patent, trademark, copyright or other proprietary rights of Persona or any third party, whether by estoppel, implication or otherwise. This license is revocable at any time.

Notwithstanding anything to the contrary in these Terms, the Sites and Content may include software components provided by Persona or a third party that are subject to separate license terms, in which case those license terms will govern such software components.

### 7.1 Repeat Infringer Policy; Copyright Complaints

In accordance with the Digital Millennium Copyright Act and other applicable laws, we have adopted a policy of limiting access to the Sites by, or terminating the accounts of, users, in appropriate circumstances and in our sole discretion, who infringe the intellectual property rights of others. If you believe that anything on the Sites infringes any copyright that you own or control, you may file a notification of such infringement with our designated agent as set forth below:

Name of Designated Agent:
Address: Persona, 35131 SE Douglas St. Suite 105 Snoqualmie, WA 98065
Phone: +1 800-983-3887
Email: info@personanutrition.com

Please see 17 U.S.C. § 512(c)(3) for the requirements of a proper notification. You should also note that if you knowingly make any material misrepresentation in your notification that the material or activity is infringing, you will be liable for any damages, including, without limitation, costs and attorneys' fees, incurred by us or the alleged infringer as the result of our relying upon such misrepresentation in removing or disabling access to the material or activity claimed to be infringing.

## 8. Trademarks

"Persona," the Persona logo, and any other Persona Product or service names, logos or slogans that may appear on the Sites or Products are trademarks of Persona and may not be copied, imitated, or used, in whole or in part, without our prior written permission. You may not use any meta tags or other "hidden text" utilizing "Persona" or any other name, trademark, or Product or service name of Persona without our prior written permission. In addition, the look and feel of the Sites and Products, including, without limitation, all page headers, custom graphics, button icons, and scripts, constitute the service mark, trademark, or trade dress of Persona and may not be copied, imitated, or used, in whole or in part, without our prior written permission. All other trademarks, registered trademarks, Product names, and company names or logos mentioned on the Sites or Products are the property of their respective owners and may not be copied, imitated or used, in whole or in part, without the permission of the applicable trademark holder. Reference to any Products, Services, processes, or other information by name, trademark, manufacturer, supplier, or otherwise does not constitute or imply endorsement, sponsorship, or recommendation by Persona.

## 9. Hyperlinks

You are granted a limited, nonexclusive, nontransferable right to create a text hyperlink to the Sites for noncommercial purposes, provided that such link does not portray Persona or any of our Products in a false, misleading, derogatory, or otherwise defamatory manner, and provided further that the linking site does not contain any adult or illegal material or any material that is offensive, harassing, or otherwise objectionable. This limited right may be revoked at any time. You may not use a Persona logo or other proprietary graphic of Persona to link to the Sites without our express written permission. Further, you may not use, frame, or utilize framing techniques to enclose any Persona trademark, logo, or other proprietary information, including the images found on the Sites or Products or the text, layout, design, or form(s) contained on any page on the Sites without our express written consent.

Persona makes no claim or representation regarding, and accepts no responsibility for, the quality, content, nature, or reliability of third-party websites accessible by hyperlink from the Sites or of websites linking to the Sites. Such sites are not under our control, and we are not responsible for the contents of any linked site, any link contained in a linked site, or any review, changes, or updates to such sites. We provide these links to you only as a convenience, and the inclusion of any link does not imply our affiliation, endorsement, or adoption of any site or any information contained therein. When you leave the Sites, you should be aware that our terms and policies no longer govern. You should review the applicable terms and policies, including privacy and data gathering practices, of any third-party website to which you navigate from the Sites.

## 10. Third Party Content

We may display content, advertisements, and promotions from third parties through the Sites or in shipments with Products (collectively, "Third-Party Content"). We do not control, endorse, or adopt any Third-Party Content, and we make no representations or warranties of any kind regarding such Third Party Content, including, without limitation, regarding its accuracy or completeness. You acknowledge and agree that your interactions with third parties providing Third-Party Content are solely between you and such third parties, and that Persona is not responsible or liable in any manner for such interactions or Third-Party Content.

## 11. User Conduct

You agree that you will not commit a tort or violate any law, contract, or intellectual property or other third-party right while accessing or using the Sites, and that you are solely responsible for your conduct. You agree that you will abide by these Terms and will not:

- Engage in any harassing, threatening, intimidating, predatory or stalking conduct;
- Use or attempt to use another user's account without authorization from such user and Persona;
- Use the Sites in any manner that could interfere with, disrupt, negatively affect or inhibit other users from fully enjoying the Sites or that could damage, disable, overburden or impair the functioning of the Sites in any manner;
- Reverse engineer any aspect of the Sites or do anything that might reveal source code or bypass or circumvent measures employed to prevent or limit access to any Content, area, or code of the Sites;
- Attempt to circumvent any content-filtering techniques we employ;
- Attempt to access any feature or area of the Sites that you are not authorized to access;
- Develop any third-party applications that interact with User Content or the Sites without our prior written consent;
- Use any robot, spider, crawler, scraper, script, browser extension, offline reader or other automated means or interface not authorized by us to access the Sites, extract data or otherwise interfere with or modify the rendering of Site pages or functionality;
- Use the Sites for any illegal or unauthorized purpose, or engage in, encourage or promote any activity that violates these Terms.

## 12. User Content

The Sites may include interactive features and areas that allow users to create, post, share, or store content, including but not limited to, recipes, reviews, photos, videos, music, sound, text, graphics, code, items, or other materials (collectively, "User Content"). In the event you decide to share your User Content with others through the Sites or third-party platforms, you understand that this User Content will be viewable by others in accordance with the privacy settings you establish. You agree that you are solely responsible for your User Content and for your use of any interactive features and areas of the Sites. By using the interactive features and areas of the Sites, you further agree not to create, post, share, or store any of the following:

- User Content that is unlawful, libelous, defamatory, obscene, pornographic, indecent, lewd, suggestive, harassing, threatening, invasive of privacy or publicity rights, abusive, inflammatory, fraudulent, or otherwise objectionable;
- User Content that would constitute, encourage, or provide instructions for a criminal offense, violate the rights of any party, or otherwise create liability or violate any local, state, national, or international law;
- User Content that may infringe any patent, trademark, trade secret, copyright, or other intellectual or proprietary right of any party;
- User Content that contains or depicts any statements, remarks, or claims that do not reflect your honest views and experiences;
- User Content that impersonates, or misrepresents your affiliation with, any person or entity;

- User Content that fails to disclose a material connection to Persona that you may have one (for example, if you are a Persona employee or paid blogger);
- User Content that contains any unsolicited promotions, political campaigning, advertising, or solicitations;
- User Content that contains any private or personal information of a third party without such third party's consent;
- User Content that references irresponsible alcohol consumption or illegal drug use, such as references to overconsumption or use by minors;
- User Content that contains any viruses, corrupted data, or other harmful, disruptive, or destructive files or content; or
- User Content that, in our sole judgment, is objectionable or that restricts or inhibits any other person from using or enjoying the Sites or Products, or that may expose Persona or others to any harm or liability of any type.

We are not responsible or liable for any User Content. Although we have no obligation to screen, edit, or monitor User Content, we reserve the right, and have absolute discretion, to remove, screen or edit User Content posted or stored on the Sites at any time and for any reason, and you are solely responsible for creating backup copies of and replacing any User Content you post or store on the Sites at your sole cost and expense.

## 13. Rights in User Content

We do not claim any ownership interest in your User Content. However, by uploading, posting, or submitting User Content to the Sites, including to our pages or feeds on third party social media platforms (e.g., Persona's Facebook page, Instagram page or Twitter feed), you hereby grant Persona a nonexclusive, royalty-free, worldwide, perpetual, irrevocable, and fully sublicensable right and license to use, reproduce, modify, adapt, publish, translate, create derivative works from, distribute, perform, and publicly display your User Content, in whole or in part, and your name, likeness, voice in any manner or media and for any purpose whatsoever at our sole discretion, including, without limitation, for publicity, promotional, advertising, trade, business, illustration, artistic, and other commercial and noncommercial purposes.

By uploading, posting, or submitting User Content to Persona through the Sites, you represent and warrant that (a) such User Content is nonconfidential, (b) you own and control all of the rights to the User Content or you otherwise have all necessary rights to post such User Content, (c) you authorize Persona to use such User Content for the purposes described in these Terms, (d) the User Content is accurate and not misleading or harmful in any manner, and (e) the User Content, and your use and posting thereof, does not and will not violate these Terms or any applicable law, rule, regulation, or third-party right.

## 14. Feedback

Separate and apart from User Content, you can submit questions, comments, suggestions, ideas, original or creative materials, or other information about Persona, the Sites, or the Products (collectively, "Feedback"). Feedback is nonconfidential and shall become the sole property of Persona. Persona shall own exclusive rights, including, without limitation, all intellectual property rights, in and to such Feedback and shall be entitled to the unrestricted use and dissemination of this Feedback for any purpose, commercial or otherwise, without acknowledgment or compensation to you.

## 15. Indemnification

To the fullest extent permitted by applicable law, you agree to indemnify, defend, and hold harmless Persona, and our respective past, present, and future employees, officers, directors, contractors, consultants, equity holders, suppliers, vendors, service providers, parent companies, subsidiaries, affiliates, agents, representatives, predecessors, successors, and assigns (individually and collectively, the "Persona Parties"), from and against all actual or alleged Persona Party or third-party claims, damages, awards, judgments, losses, liabilities, obligations, penalties, interest, fees, expenses (including, without limitation, attorneys' fees and expenses) and costs (including, without limitation, court costs, costs of settlement, and costs of pursuing indemnification and insurance), of every kind and nature whatsoever, whether known or unknown, foreseen or unforeseen, matured or unmatured, or suspected or unsuspected, in law or equity, whether in tort, contract, or otherwise (collectively, "Claims"), including but not limited to damages to property or personal injury, that are caused by, arise out of or are related to (a) your use or misuse of the Sites, Content, or Products, (b) any User Content you create, post, share, or store on or through the Sites, (c) any Feedback you provide, (d) your violation of these Terms, (e) your violation of the rights of another, or (f) any third party's use or misuse of the Sites or Products provided to you. You agree to promptly notify Persona of any third-party Claims and cooperate with the Persona Parties in defending such Claims. You further agree that the Persona Parties shall have control of the defense or settlement of any third-party Claims. This indemnity is in addition to, and not in lieu of, any other indemnities set forth in a written agreement between you and Persona.

## 16. Disclaimers

YOU ARE SOLELY RESPONSIBLE FOR THE PROPER AND SAFE WASHING, HANDLING, PREPARATION, STORAGE, COOKING, USE, AND CONSUMPTION OF THE PRODUCTS YOU RECEIVE FROM US. YOU ARE ALSO SOLELY RESPONSIBLE FOR KNOWING ABOUT ANY FOOD ALLERGIES YOU MAY HAVE AND VERIFYING THE PRODUCTS AND THEIR CONTENTS BEFORE HANDLING, PREPARING, USING, OR CONSUMING SUCH PRODUCTS. FURTHER, YOU UNDERSTAND, ACKNOWLEDGE AND AGREE THAT WE STORE, PORTION, AND PACKAGE PRODUCTS CONTAINING ALL EIGHT (8) MAJOR U.S. ALLERGENS (MILK, WHEAT, EGG, SOY, FISH, SHELLFISH, PEANUTS, AND TREENUTS) AND CANNOT GUARANTEE THAT CROSS-CONTAMINATION WILL NOT OCCUR BETWEEN PRODUCTS.

WE ATTEMPT TO DISPLAY THE PRODUCTS AND OTHER MATERIALS AND INFORMATION YOU VIEW ON THE SITES, INCLUDING PRICING AND NUTRITIONAL INFORMATION, AS ACCURATELY AS POSSIBLE. HOWEVER, WE DO NOT GUARANTEE THE ACCURACY OF SUCH MATERIALS AND INFORMATION AND ARE NOT RESPONSIBLE FOR ANY CLAIMS ARISING OR RESULTING FROM YOUR RELIANCE THEREON. IN THE EVENT OF AN ERROR ON OUR SITES, IN AN ORDER CONFIRMATION, IN PROCESSING OR DELIVERING AN ORDER, OR OTHERWISE, WE RESERVE THE RIGHT TO CORRECT SUCH ERROR AND REVISE YOUR ORDER ACCORDINGLY (INCLUDING CHARGING THE CORRECT PRICE) OR TO CANCEL YOUR ORDER AND ISSUE YOU A REFUND. YOU FURTHER AGREE THAT THE PRODUCTS AND OTHER MATERIALS YOU RECEIVE IN YOUR ORDER MAY VARY FROM THE PRODUCTS AND MATERIALS DISPLAYED ON THE SITES DUE TO A NUMBER OF FACTORS, INCLUDING, WITHOUT LIMITATION, SYSTEM CAPABILITIES AND CONSTRAINTS OF YOUR COMPUTER, MANUFACTURING PROCESS OR SUPPLY ISSUES, THE AVAILABILITY AND VARIABILITY OF PRODUCTS, DISTINCT COOKING

OR OTHER PREPARATION METHODS, AND VARIABILITY OF COOKING EQUIPMENT AND APPLIANCES.

THE SITES MAY CONTAIN INFORMATION ABOUT PRODUCTS THAT ARE NOT AVAILABLE IN EVERY LOCATION. A REFERENCE TO A PRODUCT ON THE SITES DOES NOT IMPLY OR GUARANTEE THAT IT IS OR WILL BE AVAILABLE IN YOUR LOCATION OR AT THE TIME OF YOUR ORDER.

EXCEPT AS MAY BE PROVIDED IN A WARRANTY BY THE MANUFACTURER OF A PRODUCT, ALL PRODUCTS AND THE SITES AND CONTENT ARE PROVIDED ON AN "AS IS" BASIS WITHOUT WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED. TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, PERSONA DISCLAIMS ALL OTHER WARRANTIES, EXPRESS OR IMPLIED, INCLUDING, WITHOUT LIMITATION, IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE AND NON-INFRINGEMENT AS TO THE SITES, CONTENT AND PRODUCTS, ANY WARRANTIES THAT ARISE FROM TRADE USAGE OR CUSTOM, AND ANY WARRANTIES THAT THE SITES OR PRODUCTS WILL BE FREE AND CLEAR FROM ANY ADVERSE LIEN OR SECURITY INTERESTS. SOME JURISDICTIONS DO NOT ALLOW THE DISCLAIMER OF IMPLIED TERMS IN CONTRACTS WITH CONSUMERS, SO SOME OR ALL OF THE DISCLAIMERS IN THIS SECTION MAY NOT APPLY TO YOU.

WE RESERVE THE RIGHT TO CHANGE ANY AND ALL CONTENT AND TO MODIFY, SUSPEND, OR STOP PROVIDING ACCESS TO THE SITES (OR ANY FEATURES OR FUNCTIONALITY OF THE SITES) AND THE PRODUCTS AT ANY TIME WITHOUT NOTICE AND WITHOUT OBLIGATION OR LIABILITY TO YOU. REFERENCE TO ANY PRODUCTS, SERVICES, PROCESSES, OR OTHER INFORMATION BY TRADE NAME, TRADEMARK, MANUFACTURER, SUPPLIER, VENDOR, OR OTHERWISE DOES NOT CONSTITUTE OR IMPLY ENDORSEMENT, SPONSORSHIP ,OR RECOMMENDATION THEREOF, OR ANY AFFILIATION THEREWITH, BY US.

### 17. Limitation of Liability; Release

TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT SHALL PERSONA OR ANY OF THE OTHER PERSONA PARTIES BE LIABLE FOR ANY INDIRECT, SPECIAL, INCIDENTAL, CONSEQUENTIAL, EXEMPLARY, OR PUNITIVE DAMAGES OF ANY KIND (INCLUDING, BUT NOT LIMITED TO, LOSS OF REVENUE, INCOME, OR PROFITS, LOSS OF USE OR DATA, LOSS OR DIMINUTION IN VALUE OF ASSETS OR SECURITIES, OR DAMAGES FOR BUSINESS INTERRUPTION) ARISING OUT OF OR IN ANY WAY RELATED TO THE ACCESS OR USE OF THE SITES OR CONTENT, THE ORDER, RECEIPT, OR USE OF ANY PRODUCT, OR OTHERWISE RELATED TO THESE TERMS (INCLUDING, BUT NOT LIMITED TO, ANY DAMAGES CAUSED BY OR RESULTING FROM RELIANCE BY ANY USER ON ANY INFORMATION OBTAINED FROM PERSONA, OR FROM MISTAKES, OMISSIONS, INTERRUPTIONS, DELETIONS OF FILES OR EMAILS, ERRORS, DEFECTS, BUGS, VIRUSES, TROJAN HORSES, DELAYS IN OPERATION OR TRANSMISSION, OR ANY FAILURE OF PERFORMANCE, WHETHER OR NOT RESULTING FROM ACTS OF GOD, COMMUNICATIONS FAILURE, THEFT, DESTRUCTION, OR UNAUTHORIZED ACCESS TO PERSONA'S RECORDS, PROGRAMS, OR SYSTEMS), REGARDLESS OF THE FORM OF ACTION, WHETHER BASED IN CONTRACT, TORT (INCLUDING, BUT NOT LIMITED TO, SIMPLE NEGLIGENCE, WHETHER ACTIVE, PASSIVE, OR IMPUTED), STRICT PRODUCT LIABILITY, OR ANY OTHER LEGAL OR EQUITABLE THEORY (EVEN IF THE PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES AND REGARDLESS OF WHETHER SUCH DAMAGES WERE FORESEEABLE).

TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, (A) FOR CLAIMS ARISING OUT OF OR IN ANY WAY RELATED TO THE ORDER, RECEIPT, OR USE OF PRODUCTS PURCHASED FROM THE PERSONA MARKET, IN NO EVENT SHALL THE MAXIMUM AGGREGATE LIABILITY OF PERSONA AND THE OTHER PERSONA PARTIES (JOINTLY) EXCEED THE AMOUNT PAID FOR SUCH PRODUCTS; AND (B) FOR CLAIMS ARISING OUT OF OR IN ANY WAY RELATED TO ACCESS OR USE OF THE SITES OR CONTENT, IN NO EVENT SHALL THE MAXIMUM AGGREGATE LIABILITY OF PERSONA AND THE OTHER PERSONA PARTIES (JOINTLY) EXCEED THE GREATER OF $250 OR THE AMOUNT YOU PAID TO US IN THE ONE (1) MONTH PERIOD IMMEDIATELY PRECEDING THE DATE ON WHICH YOUR CLAIM AROSE. THE FOREGOING LIMITATIONS SHALL APPLY EVEN IN THE EVENT YOUR REMEDIES HEREUNDER FAIL OF THEIR ESSENTIAL PURPOSE, AND THE FOREGOING SHALL CONSTITUTE PERSONA AND THE OTHER PERSONA PARTIES' SOLE LIABILITY AND OBLIGATION IN RESPECT HEREOF, REGARDLESS OF THE FORM OF ACTION, WHETHER BASED IN CONTRACT, TORT (INCLUDING, BUT NOT LIMITED TO, SIMPLE NEGLIGENCE, WHETHER ACTIVE, PASSIVE, OR IMPUTED), STRICT PRODUCT LIABILITY, OR ANY OTHER LEGAL OR EQUITABLE THEORY.

TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, YOU, ON BEHALF OF YOUR HEIRS, EXECUTORS, ADMINISTRATORS, AND LEGAL AND PERSONAL REPRESENTATIVES, HEREBY RELEASE, WAIVE, ACQUIT, AND FOREVER DISCHARGE PERSONA AND THE OTHER PERSONA PARTIES FROM AND AGAINST, AND COVENANT NOT TO SUE ANY SUCH PERSONA PARTY FOR, ALL CLAIMS YOU HAVE OR MAY HAVE ARISING OUT OF OR IN ANY WAY RELATED TO THESE TERMS. IF YOU ARE A CALIFORNIA RESIDENT, YOU HEREBY WAIVE YOUR RIGHTS UNDER CALIFORNIA CIVIL CODE 1542, WHICH STATES THAT "A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS WHICH THE CREDITOR DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE, WHICH IF KNOWN BY HIM OR HER MUST HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR."

ACCESS TO THE PERSONA OFFERINGS AND/OR ANY OTHER CONTENT, INFORMATION, PRODUCTS, AND/OR SERVICES OFFERED BY AND/OR THROUGH THE PERSONA OFFERINGS WOULD NOT BE PROVIDED TO YOU WITHOUT SUCH LIMITATIONS. SOME JURISDICTIONS DO NOT ALLOW CERTAIN LIMITATIONS ON LIABILITY AND IN SUCH JURISDICTIONS THE LIABILITY OF PERSONA SHALL BE LIMITED TO THE MAXIMUM EXTENT PERMITTED BY LAW.

### 18. Modifications to the Sites and Products

We reserve the right in our sole discretion to modify, suspend, or discontinue, temporarily or permanently, the Sites (or any features or parts thereof) or the provision of the Products at any time and without liability therefor.

### 19. Miscellaneous

These Terms constitute the entire agreement between you and Persona relating to your access to and use of the Sites and your order, receipt, and use of Products. These Terms, and any rights and licenses granted hereunder, may not be transferred or assigned by you without the prior written consent of Persona. No waiver of any provision of these Terms will constitute a waiver of such provision in any prior, concurrent, or subsequent circumstance, and Persona's failure to assert any right or provision under these Terms shall not constitute a waiver of such right or provision. Except as otherwise provided herein, these Terms are intended solely for the benefit of the parties and are not intended to confer third party beneficiary rights upon any other person or entity.

### 20. Refer A Friend Program

Vitamin Packs Inc. DBA Persona ("we", "Persona" or "Company") is offering you the opportunity to refer friends via a Referral Program

("Referral Program") offered on the Website located at www.personanutrition.com.

**Binding Agreement.** By participating in the Referral Program, you are bound by these Terms and Conditions ("Referral Terms") and indicate your agreement to them. All of the Company's decisions are final and binding.

**Privacy.** The personal information collected, processed, and used as part of the Referral Program will be used in accordance with Company's Privacy Statement, which is available by link on the Website.

**How the Referral Program Works.** To qualify to redeem the referral offer, you must (1) be at least 18 years old to use the Website, (2) become a Persona customer, and (3) order the recommendation using the unique link provided in the email instruction. Once an individual makes a referral, he/she becomes a "Referrer" and will be provided with a unique referral link ("Personal Link") that allows him/her to receive the benefit or reward advertised on the Website. Referred friends ("Friends") must complete the referral as described in the referral message.

**Restrictions.** Referrers cannot refer themselves or create multiple, fictitious, or fake accounts with the Company or participate in the Referral Program as "Friends". No user may use the Referral Program to violate any law, infringe or violate the rights of any third party, or otherwise act in a manner that is deemed harassing, harmful, illegal, hateful, obscene, or outside the spirit and intent of the Referral Program. In addition, you may not (i) tamper with the Referral Program, (ii) act in an unfair or disruptive manner, or (iii) use any system, bot, or other device or artifice to participate or receive any benefit in the Referral Program. CAUTION: ANY ATTEMPT TO DELIBERATELY DAMAGE OR UNDERMINE THE LEGITIMATE OPERATION OF THE REFERRAL PROGRAM MAY BE IN VIOLATION OF CRIMINAL AND CIVIL LAWS. SHOULD SUCH AN ATTEMPT BE MADE, THE COMPANY RESERVES THE RIGHT TO SEEK REMEDIES AND DAMAGES (INCLUDING ATTORNEY FEES) TO THE FULLEST EXTENT OF THE LAW.

The referral offer is valid only for intended email recipients, and cannot be combined with additional offers when available. Terms, conditions, features, availability, pricing, fees, service, and support options are subject to change without notice.

**Rewards.** PLEASE NOTE THAT YOU MUST TELL YOUR FRIENDS THAT YOU ARE ELIGIBLE TO RECEIVE A REWARD IF THEY MAKE A QUALIFYING PURCHASE. If you do not, it is a violation of these Referral Terms and may result in your immediate termination from the Referral Program, disqualification from future participation, and forfeiture of any credit owed to you as a result of your participation in this Referral Program.

By making a valid referral, you will receive $25 USD credited to your account when your Friend places their first order using the proper link, and your Friend will receive $25 USD credited to their first order. You can earn a maximum of 12 rewards per year. These rewards will automatically be applied each month with a maximum of one $25 USD credit applied per month. Restrictions may apply. Rewards are subject to verification. The Company may delay a reward for the purposes of investigation. The Company may also refuse to verify and process any transaction for any reason.

Unless otherwise stated, rewards have no monetary value and may not be redeemed for cash. They are not transferable and may not be auctioned, traded, bartered, or sold. Once you end your subscription with Company, you forfeit all remaining credits in your account.

Your referral link may be shared only via email, Facebook, or Twitter using the share experience on www.personanutrition.com referral and personanutrition.com/refer. It cannot be posted on any other public forums.

**Liability.** YOU UNDERSTAND AND AGREE THAT THE RELEASED PARTIES (DEFINED BELOW) SHALL NOT BE LIABLE TO YOU FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL, OR EXEMPLARY DAMAGES, INCLUDING, BUT NOT LIMITED TO, DAMAGES FOR LOSS OF PROFITS, GOODWILL, USE, DATA, OR OTHER INTANGIBLE LOSSES (EVEN IF THE COMPANY WAS ADVISED OF THE POSSIBILITY OF SUCH DAMAGES). By participating in the Referral Program, you agree to defend, indemnify, release, and hold harmless Persona, FriendBuy (the provider of the referral service), and their respective parent companies, affiliates, and subsidiaries, together with their respective employees, directors, officers, licensees, licensors, shareholders, attorneys, and agents including, without limitation, their respective advertising and promotion entities and any person or entity associated with the production, operation, or administration of the Referral Program (collectively, the "Released Parties"), from any and all claims, actions, demands, damages, losses, liabilities, costs, or expenses caused by, arising out of, in connection with, or in any way relating to the Referral Program (including, without limitation, any property loss, damage, personal injury, or death caused to any person(s)) and/or the awarding, receipt, and/or use or misuse of any benefit in the Referral Program. To be clear, the Released Parties shall not be liable for any technical errors or malfunctions, data theft or corruption, any printing or typographical error, or any damage to any computer system resulting from participating in, or accessing or downloading information in connection with, the Referral Program. The Released Parties shall not be liable to any users for failure to supply any advertised benefit, by reason of any acts of God, any action or request by any governmental or quasi-governmental entity (whether or not valid), or any other activity or action that is beyond any of the Released Parties' control. TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, THE RELEASED PARTIES' MAXIMUM LIABILITY ARISING OUT OF OR IN CONNECTION WITH, OR IN ANY WAY RELATING TO THE REFERRAL PROGRAM, REGARDLESS OF THE CAUSE OF ACTION (WHETHER IN CONTRACT, TORT, BREACH OF WARRANTY, OR OTHERWISE), WILL NOT EXCEED $100.

**Disclaimer of Warranties.** YOU EXPRESSLY UNDERSTAND AND AGREE THAT: (A) THE REFERRAL PROGRAM IS PROVIDED ON AN "AS IS" AND "AS AVAILABLE" BASIS AND, TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, THE COMPANY EXPRESSLY DISCLAIMS ALL WARRANTIES, CONDITIONS, AND TERMS OF ANY KIND, WHETHER EXPRESS OR IMPLIED BY STATUTE, COMMON LAW, OR CUSTOM, INCLUDING BUT NOT LIMITED TO WARRANTIES AS TO PRODUCTS OR SERVICES OFFERED THROUGH THE USE OF THE REFERRAL PROGRAM, IMPLIED WARRANTIES OF MERCHANTABILITY, SATISFACTORY QUALITY, FITNESS FOR A PARTICULAR PURPOSE, AND NON-INFRINGEMENT; (B) THE RELEASED PARTIES MAKE AND GIVE NO WARRANTY THAT (i) THE REFERRAL PROGRAM WILL MEET YOUR REQUIREMENTS, (ii) THE REFERRAL PROGRAM WILL BE UNINTERRUPTED, TIMELY, SECURE, OR ERROR-FREE, AND (iii) THE QUALITY OF ANY PRODUCTS, SERVICES, INFORMATION, OR OTHER MATERIAL OBTAINED BY YOU THROUGH THE REFERRAL PROGRAM WILL MEET YOUR EXPECTATIONS, AND (C) ANY MATERIAL DOWNLOADED OR OTHERWISE OBTAINED THROUGH THE USE OF THE REFERRAL PROGRAM IS ACCESSED AT YOUR OWN DISCRETION AND RISK, AND YOU WILL BE SOLELY RESPONSIBLE FOR ANY DAMAGE TO YOUR COMPUTER SYSTEM OR MOBILE DEVICE OR LOSS OF DATA THAT RESULTS FROM THE DOWNLOAD OR USE OF ANY SUCH MATERIAL.

**Bulk Distribution ("Spam").** Each Referrer is the actual sender of the emails and must comply with applicable law. Referrals must be created and distributed in a personal manner that is appropriate and customary for communications with friends, colleagues, and family members. By submitting any email address as part of the Referral Program, the Referrer represents that he/she has the appropriate permission and consent. Bulk email distribution, distribution to strangers, or any other use of the services described herein in a manner that is not promoted is expressly prohibited and may be grounds for immediate termination and further legal action. The Company has no obligation to monitor the Referral Program or any communications; however, the Company may choose to do so and block any email messages, remove any such content, or prohibit any use of the Referral Program. Referrers who do not comply with the law, including anti-spam laws,

are obligated to indemnify the Referral Program Entities against any liabilities, costs, and expenses it incurs as a result of such spam.

**Sign-In Credentials.** Users are responsible for maintaining the confidentially of any sign-in credentials and are fully responsible for all activities that occur through the use of them. Users agree to notify the Company immediately if they suspect unauthorized access to their account. Users agree that the Company will not be liable for any loss or damage arising from unauthorized use of their credentials.

**Right to Cancel, Modify, or Terminate.** We reserve the right to cancel, modify, or terminate the Referral Program at any time for any reason. We reserve the right to disqualify any User (defined below) at any time from participation in the Referral Program if he/she does not comply with any of these Terms.

## 21. VIP Advocate Program

As a Persona VIP (a "VIP"), you are subject to Persona's Terms of Use and Persona's Privacy Policy (both available on our Website), as well as the following additional Terms & Conditions for Persona's VIP Advocate Program (the "VIP Program"):

- **Qualified Referral.** A Qualified Referral is defined as a purchase made at www.personanutrition.com by a person (a "Referred Customer") who arrives to our website by clicking your unique referral link. You are limited to one Qualified Referral for each Referred Customer; repeat purchases are not counted as additional Qualified Referrals.

- **Referred Customer.** The Referred Customer and the Referrer cannot be the same person.

- **Referral Rewards.** For you to earn referral rewards as a Referrer, the Referred Customer must complete an order greater than $50 in total value, minus all fees including taxes, shipping, returns, chargebacks, fraudulent payments, and/or other 3rd party fees.

- **Reward Payments.** Rewards are payable once the Referred Customer's order ships. The maximum value of rewards permitted per calendar year is $599. As a Referrer, you are responsible for any and all tax liability resulting from Referral Rewards.

- **Eligibility.** Eligibility is limited to individuals only; the VIP Program cannot be used by businesses for affiliate lead generation as determined by Persona's sole discretion.

- **No Spam.** You must comply with all "SPAM" laws. Any distribution of your referral link that could constitute unsolicited commercial email or "spam" under any applicable law or regulation is expressly prohibited and will be grounds for immediate termination of your account and exclusion from the VIP Program.

- **Right to Close Accounts.** Persona reserves the right to close the account(s) of any Referrer and/or Referred Customer and to request proper payment if the Referrer and/or Referred Customer attempts to use the VIP Program in a questionable manner or breaches any of these Terms & Conditions or is in violation of any law, statute or governmental regulation.

- **Right to Cancel VIP Program or Change Terms.** Persona reserves the right to cancel the VIP Program or to change these Terms & Conditions at any time in its sole discretion. Any unclaimed rewards will be forfeited at that time.



Take our free assessment to get your personalized vitamin packs delivered to your door.

**Start Assessment**

**Persona Nutrition**
35131 SE Douglas St. Suite 105
Snoqualmie, WA 98065

**We're here for you!**
info@personanutrition.com
+1 800-983-3887

**About Us**
Our Team
International Shipping
Careers
Purchase a Gift Card

Proud member of
CRN

**Explore**
Our Assessment
Quality
Experts
Products
Blog

**Support**
FAQ
Contact Us
News and Articles
Reviews

**Programs**
Prenatal
Mens
Womens
Bariatric
Fitness
Sleep
Energy

Stress & Anxiety
Weight Support
Immune Defense
Healthy Aging
Digestion
Detox
Joint Health

**Partner With Us**
Social Media Influencer
Affiliates
Refer-a-Friend

**Legal**
Privacy Policy
Terms & Conditions
Accessibility
GDPR
CCPA
Do Not Sell My Personal Information

**Connect**
LinkedIn
Facebook
Twitter
Instagram

Download on the App Store
GET IT ON Google Play

*These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure, or prevent any disease. As with any dietary supplement, you should advise your healthcare practitioner of the use of this product.

©2021 Vitamin Packs, Inc. All Rights Reserved.