# Exhibit C

🌐 You are in our Global Site



Our Brands   Our company   Health Management   Newsroom   Search 🔍

Nestlé Health Science / Newsroom / How to get more vitamins in your diet

# How to get more vitamins in your diet



20 May 2020

## THE TRUTH ABOUT VITAMINS

We all struggle with being healthy from time to time. With all the health advice online, in the media, from friends and family, is it any wonder finding the path to wellness is so difficult? But don't fret: knowing is half the battle. Once you have slaved over all the information and found the bits that appear to be based on real evidence and worth implementing, then the real hard work begins. Just knowing the facts is one thing. Learning how to apply it to your life can be an overwhelming task. Hopefully, we can help to decipher healthy facts and turn them into healthy habits.

We all try to find ways to bring fresh fruits and veggies into our diet because they have benefits. To run optimally, you need to consume foods in your daily diet that boast vitamins and minerals essential to your health.

In this post, you'll find helpful information about various nutrients and which foods you can eat to get more of them in your daily diet.

## VITAMINS & MINERALS – FROM A TO ZINC

**Vitamins:** Vitamin A, vitamin B12, folate, vitamin C, vitamin D, vitamin E, and vitamin K

**Minerals:** Calcium, chromium, iron, magnesium, and zinc

## WHAT ARE THEY GOOD FOR?

**Vitamin A –** Essential for eye health (specifically night vision), healthy teeth, and glowing skin.

**B vitamins –** Essential for red blood cell production, energy (B12), immune function, and iron absorption. This whole group is used in the ATP cycle, aka the body's energy-producing system.

**Folate –** Essential for DNA synthesis and blood cell production.

**Vitamin C –** Essential for immunity, collagen and protecting against oxidative stress.

**Vitamin D –** Essential for bone health, immune function and cellular growth.

**Vitamin E –** Essential for nerve function, cellular antioxidant and immune cells.

**Vitamin K** – Essential for blood clotting and bone health.

**Calcium** – Essential for bones and teeth, nerve transmission, muscle contractions, blood vessel health and regulation of blood pressure.

**Chromium** – Essential for proper insulin action, glucose and other macronutrient metabolism.

**Iron** – Essential for hundreds of enzymes in the body, hemoglobin production, antioxidizing, DNA synthesis, hormones, neurotransmitters and immune function.

**Magnesium** – Essential for healthy bones, enzyme reactions, nerve conduction, muscle contraction, DNA synthesis and blood pressure regulation.

**Zinc** – Essential for enzymes, hemoglobin production, antioxidizing and key in immune function.

## WHERE CAN I FIND THEM?

The Power House 5

**Blueberries** are rich in *vitamin C, B6, folate,* and *K*. Mineral rich with *calcium, iron, magnesium,* manganese, *zinc,* and potassium. Low-calorie, high fiber, high water content, and low sodium. Great for bones, skin collagen production, lowering cholesterol, heart health, brain function, with anti-inflammatory properties. Rich in Anthocyanin that can prevent oxidative DNA damage (great for aging skin and athletes alike).

**Salmon (wild)** is not only rich in omega-3 fatty acids, it has a wide range of other nutrients. B vitamins galore including *B1, B2, B3, B5, B6, Folate, and B12*. Also, a great source of *potassium* which helps with blood pressure. Selenium for thyroid health, brain, and heart. Astaxanthin from the algae it eats give great red color to the fish and packs it with antioxidants and anti-inflammatory effects which are great for heart health. If you eat canned salmon and consume whole fish with bones, you can also get some calcium.

**Mushrooms** are up and coming as a supplement but are just as awesome in whole food form. Mostly known for their vegan source of *vitamin D,* but also contain vitamins, minerals, and fiber. They are rich in *B vitamins*, which help with red blood cell production, brain health, and cellular growth. Also contains minerals like *potassium,* selenium, *iron,* phosphorus, and copper. Has a special type of fiber called beta-glucan which can help with insulin resistance, improve cholesterol levels, and even boost immunity. And lastly choline, a vitamin like essential nutrient that is a key player in neurotransmission, methylation, and lipid metabolism.

**Broccoli** is a wonderful source of protein as well as fiber. One of the highest in all vegedom. It had *vitamins A, folate, C and K*. Minerals include phosphorus, selenium and potassium. This little tree is full of vitamins and minerals that help with blood clotting, tissue support and growth, collagen production, wound healing, digestive health from fiber, heart health from potassium – not to mention bioactive compound glucoraphanin that reduces inflammation, lutein and zeaxanthin for the eyes, and many more amazing compounds for the whole body.

**Eggs**. There are so many kinds. Once dismissed for their cholesterol content are a nutrient addition to any meal. Eggs not only have protein and fat but also contain Vitamins A, B2, B5, B6, Folate, D, E, and K. Mineral rich with phosphorus, selenium, *calcium,* and *zinc*. If you get local pastured eggs you get a dose of Omega-3 and higher levels of antioxidant vitamins A and E. Contains the often overlooked choline, which is used for the nervous system, many cellular functions, and essential for a healthy liver. They also contain lutein and zeaxanthin for eye health and a healthy dose of amino acids that are the building blocks in the body.

All in all, these five are a great list to add to your diet. You could even combine a few and have a super food feast: broccoli, mushrooms, and eggs for breakfast; salmon with a blueberry glaze. The combinations are endless. Eat whole foods when you can. Go out and enjoy the rainbow of possibilities.

For those of you who don't love fresh fruits and veggies or know you just don't get enough, consider taking a multi-vitamin. Through our **Persona** personalized vitamin business, we have a **custom blended multivitamin** that can meet your nutrient-gap needs. Visit www.personanutrition.com and complete our questionnaire to get your own personalized vitamin and mineral recommendations.

Sources:

1. Maresz K. Proper Calcium Use: Vitamin K2 as a Promoter of Bone and Cardiovascular Health. Integr Med (Encinitas). 2015;14(1):34-9. Accessed April 18, 2019
2. Bendinelli B, Masala G, Saieva C, et al. Fruit, vegetables, and olive oil and risk of coronary heart disease in Italian women: the EPICOR Study. Am J Clin Nutr. 2011;93(2):275-83. Accessed April 18, 2019

3. Zafra-stone S, Yasmin T, Bagchi M, Chatterjee A, Vinson JA, Bagchi D. Berry anthocyanins as novel antioxidants in human health and disease prevention. Mol Nutr Food Res. 2007;51(6):675-83. Accessed April 18, 2019
4. Fatahi S, Pezeshki M, Mousavi SM, et al. Effects of folic acid supplementation on C-reactive protein: A systematic review and meta-analysis of randomized controlled trials. Nutr Metab Cardiovasc Dis. 2018; Accessed April 18, 2019
5. Houston MC. The importance of potassium in managing hypertension. Curr Hypertens Rep. 2011;13(4):309-17. Accessed April 18, 2019
6. Nakamura M, Miura A, Nagahata T, Shibata Y, Okada E, Ojima T. Low Zinc, Copper, and Manganese Intake is Associated with Depression and Anxiety Symptoms in the Japanese Working Population: Findings from the Eating Habit and Well-Being Study. Nutrients. 2019;11(4) Accessed April 18, 2019
7. Truman E, Bischoff M, Elliott C. Which literacy for health promotion: health, food, nutrition or media?. Health Promot Int. 2019; Accessed April 18, 2019
8. Obbagy JE, English LK, Psota TL, et al. Complementary feeding and micronutrient status: a systematic review. Am J Clin Nutr. 2019;109(Supplement_7):852S-871S. Accessed April 18, 2019
9. Costanza G, Doldo E, Ferlosio A, et al. Expression and potential role of cellular retinol binding protein I in psoriasis. Oncotarget. 2018;9(95):36736-36749. Accessed April 18, 2019
10. Fatahi S, Pezeshki M, Mousavi SM, et al. Effects of folic acid supplementation on C-reactive protein: A systematic review and meta-analysis of randomized controlled trials. Nutr Metab Cardiovasc Dis. 2018; Accessed April 18, 2019



Nestlé Health Science - Global headquarters
Mailing address: Avenue Nestlé 55, 1800 Vevey, Switzerland

Contact Us
Search
Terms & Conditions
Privacy notice
Site map
Careers
Cookies settings

Follow Us
 Linkedin
 Twitter
 YouTube

© Nestlé Health Science 2021 - All rights reserved