# Exhibit G

# ÉTAT DE VAUD

## Company search engine

FR OF IT IN

Societe des produits ne 🔍

Also in: ☐ Goal ☐ Seat ☐ Address ☐ Anybody

◀ Back to search ▼ Filters

### Nestlé Products Company SA
CHE-109.815.753

N° R972 / 00424

| Federal number | Postponement of | register on | Juridical nature |
|---|---|---|---|
| CH-550.0.059.098-4 | 05 juin 2000 | 15 décembre 1936 | Société anonyme |

Show write-offs    Filter by References

| REF. | SOCIAL REASON | REF. | SEAT |
|---|---|---|---|
| 51 | Nestlé Products Company SA | 1 | Vevey |

| REF. | ADDRESS | REF. | OTHER ADDRESSES |
|---|---|---|---|
| 69 | Avenue Nestlé 55, 1800 Vevey | 69 | Between two towns, 1800 Vevey |

| REF. | STATUTES DATES |
|---|---|
| 74 | 01.09.2020 |

### CAPITAL ACTIONS

| REF. | NOMINAL | RELEASED | ACTIONS |
|---|---|---|---|
| 74 | CHF 8'900'000 | CHF 8'900'000 | 89,000,000 registered shares of CHF 0.10, with transferability restrictions according to the articles of association. |

| REF. | CONTRIBUTIONS IN KIND, REPOSSESSIONS OF ASSETS, SPECIAL BENEFITS |
|---|---|
| 74 | Contribution in kind: according to the contract of September 1, 2020: 5,929,599 ordinary registered shares A and 38,653,074 ordinary registered B shares of MXN 10 of Nescalín SA de CV (119681), in Mexico City (Mexico), 4'999 ordinary registered shares of MXN 10 of Nestlé Holding Mexico SA de CV (409496-1), in Mexico City (Mexico), and 49 ordinary registered shares of MXN 1'000 of Malhemex SA de CV (371502), in Mexico City (Mexico), for CHF 371'337'548; in return, 1,532,500 shares of CHF 0.10 are awarded. |

| REF. | PURPOSE, OBSERVATIONS |
|---|---|
| 43 | The identification under number CH-550-0059098-4 is replaced by the company identification number (IDE / UID) CHE-109.815.753. |
| 57 | Goal: the company's goal is the manufacture, sale and distribution in Switzerland and abroad of all products, particularly food, dietetics, pharmaceuticals, medical, cosmetics and hygiene; it can, in any form, provide all services and carry out any activity, in particular in the field of human and animal nutrition, dietetics, infant care, education, advertising, catering, pharmaceutical, medical, cosmetic and hygienic products (for complete purpose see statutes). |

| REF. | MERGERS |
|---|---|
| 36 | Merger: takeover of the assets and liabilities of NESTLE SUPER PREMIUM SA, in Lausanne ( CH-550-0117242-8 ), according to the merger contract of June 14, 2011 and balance sheet as of December 31, 2010, showing assets of CHF 30'246'094.54 , liabilities to third parties of CHF 26,796,644.53, i.e. net assets of CHF 3,449,450.01. As all of the share capital of the two companies is held by the same shareholder, the merger does not give rise to a capital increase or to an allocation of shares. |
| 40 | Merger: takeover of the assets and liabilities of Emaro SA, in Romanel-sur-Lausanne ( CH-550-0070794-6 ), according to the merger agreement of June 10, 2013 and balance sheet as of December 31, 2012, showing assets of CHF 30,388 '673.36, liabilities to third parties of CHF 7'507'882.10, i.e. net assets of CHF |

| | |
|---|---|
| | 22'899'791.26. As the acquiring company holds all of the shares of the transferring company, the merger does not give rise to an increase in capital, nor to an allocation of shares. |
| 62 | Merger: takeover of the assets and liabilities of Materna-Nestlé GmbH, in Zug (CHE-115.216.555), according to the merger agreement of May 22, 2018 and balance sheet as of December 31, 2017, showing assets of CHF 199,945, liabilities towards third parties of CHF 5'833, i.e. net assets of CHF 194'112. As all of the share capital, respectively the share capital of the two companies being held by the same shareholder, respectively associated, the merger does not give rise to a capital increase or to an allocation of shares. |
| 68 | Merger: takeover of the assets and liabilities of Nestec SA, in Vevey (CHE-105.996.874), according to the merger agreement of May 27, 2019 and balance sheet as of December 31, 2018, showing assets of CHF 2,643,245,000, Liabilities to third parties of CHF 1'094'148'000, i.e. net assets of CHF 1'549'097'000. As all of the share capital of the two companies is held by the same shareholder, the merger does not give rise to a capital increase or to an allocation of shares. |

| REF. | WEALTH TRANSFERS |
|---|---|
| 54 | According to the contract of September 21, 2016, the company transferred assets for CHF 77'993'502 and liabilities to third parties for CHF 46'771'657, to Nestlé Suisse SA in Vevey (CHE-101.237.723). Consideration: none. According to the contract of September 21, 2016, the company transferred assets for CHF 20,781,489 and no liabilities to third parties, to Froneri Switzerland SA (formerly ICFF SA) in Goldach (CHE-447.285.993). Consideration: none. |
| 68 | According to the contract of May 27, 2019, the company transferred assets for CHF 2'604'148'000 and liabilities to third parties for CHF 1'739'554'000, to Nestlé Enterprises SA in Vevey (CHE-108.731.444 ). Consideration: none. |

| REF. | PUBLICATION BODY |
|---|---|
| 1 | Swiss Official Gazette of Commerce |
| 50 | Communications to shareholders: by publication of press releases through other media outlets or in writing, provided their addresses are known |

| ∧ | NEWSPAPER | | PAGE / ID | | ∧ | NEWSPAPER | | PAGE / ID | |
|---|---|---|---|---|---|---|---|---|---|
| REF. | NUMBER | DATED | DATED | PAGE / ID | REF. | NUMBER | DATED | DATED | PAGE / ID |
| 0 | | postponement | | | 1 | 1112 | 03/30/2000 | 04/13/2000 | 2509 |
| 2 | 8049 | 08/07/2000 | 08/18/2000 | 5638 | 3 | 10116 | 03.10.2000 | 16.10.2000 | 7063 |
| 4 | 32 | 01/03/2001 | 09.01.2001 | 178 | 5 | 4564 | 04.23.2001 | 04/27/2001 | 3138 |
| 6 | 7875 | 07.25.2001 | 08/02/2001 | 5918/40045 | 7 | 751 | 01/18/2002 | 01.24.2002 | 16/310900 |
| 8 | 7579 | 05.08.2002 | 08/09/2002 | 14/595512 | 9 | 12563 | 12/27/2002 | 09.01.2003 | 26/803914 |
| 10 | 5942 | 06.24.2003 | 06/30/2003 | 18/1057052 | 11 | 5382 | 25.05.2004 | 01.06.2004 | 17/2285950 |
| 12 | 9606 | 14.09.2004 | 20.09.2004 | 16/2457538 | 13 | 11629 | 12.11.2004 | 11/18/2004 | 13/2548258 |
| 14 | 492 | 14.01.2005 | 20.01.2005 | 18/2650618 | 15 | 1747 | 02/18/2005 | 24.02.2005 | 13/2716364 |
| 16 | 7677 | 07/11/2005 | 07/15/2005 | 15/2934788 | 17 | 8352 | Correction | 04.08.2005 | 13/2961490 |
| 18 | 9102 | 08/22/2005 | 08/26/2005 | 13/2991452 | 19 | 1828 | 14.02.2006 | 20.02.2006 | 17/3252048 |
| 20 | 7535 | 07/05/2006 | 07/11/2006 | 18/3459506 | 21 | 10940 | 03.10.2006 | 09.10.2006 | 17/3583242 |
| 22 | 1916 | 02.15.2007 | 21.02.2007 | 19/3788666 | 23 | 3367 | 03.15.2007 | 03.21.2007 | 17/3848968 |
| 24 | 8186 | 07.09.2007 | 07/13/2007 | 17/4024032 | 25 | 10766 | 09/11/2007 | 09.17.2007 | 16/4112832 |
| 26 | 3244 | 10.03.2008 | 14.03.2008 | 17/4386590 | 27 | 6652 | 03.06.2008 | 09.06.2008 | 18/4513502 |
| 28 | 11505 | 18.09.2008 | 24.09.2008 | 16/4664148 | 29 | 14015 | 12.11.2008 | 18.11.2008 | 17/4737332 |
| 30 | 14006 | 08.18.2009 | 24.08.2009 | 19/5211348 | 31 | 14427 | Correction | 09.01.2009 | 21/5225576 |
| 32 | 19415 | 26.11.2009 | 02.12.2009 | 18/5371000 | 33 | 13080 | 02.08.2010 | 06.08.2010 | 13/5761142 |
| 34 | 14410 | 08/31/2010 | 06.09.2010 | 17/5799880 | 35 | 763 | 12.01.2011 | 18.01.2011 | 19/5991510 |
| 36 | 10513 | 28.06.2011 | 07/01/2011 | 6233484 | 37 | 12995 | 12.08.2011 | 08/17/2011 | 6299858 |
| 38 | 6564 | 04.26.2012 | 01.05.2012 | 15/6660876 | 39 | 10471 | 07.17.2012 | 20.07.2012 | 6779238 |
| 40 | 9694 | 06/18/2013 | 06/21/2013 | 931867 | 41 | 12669 | 08/19/2013 | 08/22/2013 | 1039993 |
| 42 | 15277 | 10.10.2013 | 15.10.2013 | 1128887 | 43 | | Complement | 19.12.2013 | 7225834 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 44 | 5195 | 01.04.2014 | 04/09/2014 | 1444139 | 45 | 11256 | 07/29/2014 | 05.08.2014 | 1647937 |
| 46 | 17344 | 27.11.2014 | 02.12.2014 | 1853967 | 47 | 17804 | 05.12.2014 | 10.12.2014 | 1871625 |
| 48 | 7182 | 05/11/2015 | 15.05.2015 | 2153531 | 49 | 11758 | 03.08.2015 | 08/06/2015 | 2309623 |
| 50 | 17822 | 11/26/2015 | 01.12.2015 | 2512331 | 51 | 807 | | 14.01.2016 | 19.01.2016 | 2605897 |
| 52 | 11449 | 07/11/2016 | 07/14/2016 | 2953951 | 53 | 14535 | 12.09.2016 | 09/15/2016 | 3057055 |
| 54 | 15527 | 09/30/2016 | 05.10.2016 | 3091529 | 55 | 1443 | 23.01.2017 | 26.01.2017 | 3308373 |
| 56 | 10911 | 06/30/2017 | 07/05/2017 | 3625459 | 57 | 15301 | 14.09.2017 | 19.09.2017 | 3760199 |
| 58 | 16429 | 03.10.2017 | 06.10.2017 | 3795357 | 59 | 4405 | 03/07/2018 | 12.03.2018 | 4106185 |
| 60 | 6258 | 05.04.2018 | 10.04.2018 | 4162081 | 61 | 7669 | 04/26/2018 | 01.05.2018 | 4205191 |
| 62 | 11107 | 20.06.2018 | 25.06.2018 | 4312129 | 63 | 13817 | 07/30/2018 | 03.08.2018 | 4396667 |
| 64 | 21219 | 28.11.2018 | 03.12.2018 | 1004511070 | 65 | 22142 | 11.12.2018 | 14.12.2018 | 1004521715 |
| 66 | 22713 | Correction | 21.12.2018 | 1004528415 | 67 | 9341 | 22.05.2019 | 24.05.2019 | 1004638171 |
| 68 | 9740 | 05/28/2019 | 03.06.2019 | 1004643325 | 69 | 10144 | 05.06.2019 | 06.11.2019 | 1004648394 |
| 70 | 16321 | 09.10.2019 | 13.09.2019 | 1004716123 | 71 | 17469 | 09/30/2019 | 03.10.2019 | 1004729764 |
| 72 | 7222 | 01.05.2020 | 06.05.2020 | 1004884054 | 73 | 10960 | 07/02/2020 | 07.07.2020 | 1004931152 |
| 74 | 14809 | 04.09.2020 | 08.09.2020 | 1004974506 | 75 | 18354 | 04.11.2020 | 09.11.2020 | 1005018552 |
| 76 | 1916 | 27.01.2021 | 02/01/2021 | 1005088673 | 77 | 5110 | 03/15/2021 | 18.03.2021 | 1005127570 |
| 78 | 12933 | 06/01/2021 | 04.06.2021 | 1005207674 | 79 | 18415 | 08/31/2021 | 03.09.2021 | 1005284158 |

| REF. | SURNAME AND FORENAMES, ORIGIN, DOMICILE | FUNCTIONS | SIGNATURE MODE |
|---|---|---|---|
| 71 | Helfenstein Stefan, from Emmen, in Leysin | adm. President | individual signature |
| 71 | Burger Michèle, from Freienwil, in Nyon | adm. | individual signature |
| 71 | Hauser Thomas, from Glarus Nord, in Wiesendangen | adm. | individual signature |
| 71 | Revillard Blaise, from France, in Jongny | adm. | individual signature |
| 71 | Vossen Philippe, from Belgium, in Vevey | adm. | individual signature |
| 71 | Jampen Silvan, from Müntschemier, in Kerzers | secretary outside the board | collective signature of 2 |
| 73 | Ernst & Young SA (CHE-294.400.879), in Lausanne | reviewing organ | |
| 73 | Bahadur Sanjay, from India, in Saint-Légier-La Chiésaz | General manager | individual signature |
| 75 | Edwards Lee, from UK, in Blonay | director | individual signature |
| 78 | Hagmann Peter, from Sevelen, in Lausanne | director | individual signature |
| 75 | Salipante (customary name Gandon) Aude, from France, in Vevey | director | individual signature |
| 70 | Ballevre Olivier, de France, à Chardonne | directeur adjoint | signature individuelle |
| 73 | Behringer Reinhard, d'Oberdiessbach, à Lausanne | directeur adjoint | signature individuelle |
| 70 | Brown Trevor Douglas, from Belmont-sur-Lausanne, in Lausanne | deputy director | individual signature |
| 75 | Carvalho Ryan, from the USA, in Vevey | deputy director | individual signature |
| 71 | Humbert Harold, from France, in Pully | deputy director | individual signature |
| 70 | Kuoni Claudio, from Chur, in Lutry | deputy director | individual signature |
| 73 | Mellor Philip Graham from UK in Chexbres | deputy director | individual signature |
| 73 | Quast Gustav-Axel Ernst Hans Hubertus, from Germany, in La Tour-de-Peilz | deputy director | individual signature |
| 72 | Rüfenacht Andreas, from Röthenbach im Emmental, in Saint-Martin (FR) | deputy director | individual signature |

| | | | |
|---|---|---|---|
| 73 | Stadelmann Bernard, from Soultz, in Pully | deputy director | individual signature |
| 72 | Steiner Gavin, from Roggliswil, in Chardonne | deputy director | individual signature |
| 70 | Tissot Damien, from France, in Malbuisson (France) | deputy director | individual signature |
| 73 | Wagner Thomas, from Luxembourg, in La Tour-de-Peilz | deputy director | individual signature |
| 73 | Weston Daniel John, from Bursinel, in Bursinel | deputy director | individual signature |
| 79 | Wörle Hans-Jürgen, from Germany, in Bourg-en-Lavaux | deputy director | individual signature |
| 72 | Yoakim Alfred, from Bottens, in Saint-Légier-La Chiésaz | deputy director | individual signature |
| 73 | Arigoni Fabrizio Carlo, from Collina d'Oro, in Lausanne | Assistant Director | individual signature |
| 78 | Baumann Gérard, from Corseaux, in Anniviers | Assistant Director | individual signature |
| 75 | Bolton Alistair, from United Kingdom, in Saint-Légier-La Chiésaz | Assistant Director | individual signature |
| 73 | Bureau-Franz Isabelle Françoise Odile, Epalinges, in Epalinges | Assistant Director | individual signature |
| 70 | Burton Gavin, from United Kingdom, in Corseaux | Assistant Director | individual signature |
| 76 | Colombo Mottaz Sara, from Lugano, in Lutry | deputy director | individual signature |
| 72 | De Oliveira Carvalho Ana Patrícia, from Portugal, in Lausanne | Assistant Director | individual signature |
| 73 | Donaldson Jacqueline Sol, from France, in Saint-Légier-La Chiésaz | Assistant Director | individual signature |
| 79 | Freiherr von Eynatten Maximilian Hubertus, from Germany, in Lutry | Assistant Director | individual signature |
| 70 | Gaudino Siobhan, from Ireland, in Bossonnens | deputy director | individual signature |
| 73 | Kohli Melanie Cecile, from Guggisberg, in Vevey | deputy director | individual signature |
| 72 | Künzel Jürgen Uwe, from Germany, in Konolfingen | Assistant Director | individual signature |
| 72 | Laissy Sébastien, from France, in Pully | Assistant Director | individual signature |
| 78 | Lauricella Julia Annette, from Germany, in Saint-Légier-La Chiésaz | deputy director | individual signature |
| 73 | Maier Bernhard, from Villeneuve (VD), in Villeneuve (VD) | Assistant Director | individual signature |
| 72 | Meijer Geert, from the Netherlands, in Vevey | Assistant Director | individual signature |
| 75 | Mende Markus, from Germany, in Riehen | Assistant Director | individual signature |
| 75 | Nichols Paul, from United Kingdom, in Ecublens (VD) | Assistant Director | individual signature |
| 70 | Nicole Sandrine, du Lieu, in Blonay | deputy director | individual signature |
| 72 | Niederreiter Gerhard, from Germany, in Vevey | Assistant Director | individual signature |
| 72 | Pohl Torsten André, from Germany, in Epalinges | Assistant Director | individual signature |
| 73 | Pucek Martin, from Slovakia, in Lausanne | Assistant Director | individual signature |
| 78 | Steiling Heike, from Germany, in Thun | Assistant Director | individual signature |
| 70 | Tournier Marceline, from France, in Châtel-Saint-Denis | deputy director | individual signature |
| 78 | van der Beek Eline Marleen, from the Netherlands, in Lutry | Assistant Director | individual signature |
| 72 | Verzegnassi Ludovica, from Lausanne, in Ecublens (VD) | Assistant Director | individual signature |
| 70 | Vestering Jan-Paul, from the Netherlands, in Blonay | Assistant Director | individual signature |
| 75 | Wappet Vaughan, from Australia, in Blonay | Assistant Director | individual signature |
| 72 | Worth Céline, from Sweden, in Lausanne | deputy director | individual signature |
| 39 | Bonaccorso Ezio, from Italy, in Chardonne | | individual signature |

| | | |
|---|---|---|
| 39 | Byland Mc Connell Ursula, from Veltheim (AG), in La Tour-de-Peilz | individual signature |
| 7 | From Blic-Hamon Isabelle, from France, to Montreux | individual signature |
| 37 | From Koster Arkesteijn Annemieke, from the Netherlands, to Jongny | individual signature |
| 30 | Delamere Rachel, from United Kingdom, in Vevey | individual signature |
| 30 | Flury Olivier, from Kleinlützel, in Botterens | individual signature |
| 58 | Kessler Dirk, from Germany, in Lausanne | individual signature |
| 64 | Krampulz Manuela, from Lugano, in Corseaux | individual signature |
| 75 | Lemnaru Beck Irina, from Pully, in Bourg-en-Lavaux | individual signature |
| 38 | Maradan Claudia, from Cerniat (FR), in Pully | individual signature |
| 61 | Pop Viorica-Zorita, from Romania, in Vevey | individual signature |
| 75 | Python Frank, from Arconciel, in Friborg | individual signature |
| 10 | Royer Sandrine, from Salvenach, in La Tour-de-Peilz | individual signature |
| 78 | Rullière Célie Victorine, from France, in Lutry | individual signature |
| 41 | Schrettl Malena, from Germany, in Lausanne | individual signature |
| 38 | Wood Regula, from St. Gallen, in Lausanne | individual signature |
| 75 | Zepeda Villanueva Fabian, from Jongny, in Lutry | individual signature |
| 79 | Côté Steve, from Corsier-sur-Vevey, to Corsier-sur-Vevey | collective signature of 2 |
| 70 | Da Fonseca Soares Costa Zenha Rella Cristina Paula, from Portugal, in La Tour-de-Peilz | individual power of attorney |
| 72 | Escudier (usual name Escher) Noémie Brigitte Marthe, from France, in Lausanne | individual power of attorney |
| 76 | Petermann Robert Karl, from Germany, in Bad-Krozingen (Germany) | individual power of attorney |
| 75 | Thiébaud Jean Christophe, from Rochefort, in Corsier-sur-Vevey | individual power of attorney |
| 75 | Tschiemer Goumaz Susanne, from Matten bei Interlaken, in Bussigny | individual power of attorney |

Only an extract certified as true, signed and bearing the register seal, has legal value.

on 02 October 2021 Status of [01.10.2021]

Request help using the secure portal
Terms of use
Secure Portal User Guide
Good practices in IT security and personal data protection


canton de vaud