# Exhibit R





☑ This item: Persona Weight Loss Premium Daily Vitamin Packs | Doctor-Designed Nutrient Blends for... $21.99 ($0.79/Count)
☑ Persona Energy Premium Daily Vitamin Packs | Doctor-Designed Nutrient Blends to Supercharge Your Cells | 28 Day ... $21.99 ($0.79/Count)
☑ Persona Sleep Premium Daily Vitamin Packs | Doctor-Designed Nutrient Blends for Better, Deeper Sleep | 28 Day Su... $30.99 ($1.11/Count)

## Products related to this item
Sponsored

Page 1 of 35

      

| Persona Women's Premium Daily Vitamin Packs \| Doctor-Designed Nutrient Blends \| Ene... | Persona Energy Premium Daily Vitamin Packs \| Doctor-Designed Nutrient Blends to Sup... | Persona Bariatric Daily Vitamin Packs \| 11 Pills Per Day – 28 Day Supply \| All-Incl... | Persona Sleep Premium Daily Vitamin Packs \| Doctor-Designed Nutrient Blends for Bet... | Persona Beauty Within Premium Daily Vitamin Packs \| Doctor-Designed Nutrient Blends... | Persona Teens Immune Support Gummy Vitamin Packs \| 28 Day Supply \| Vitamin C, Vitam... | Persona Prenatal Daily Vitamin Packs \| 6 Pills Per Day – 28 Day Supply \| Your Prena... |
|---|---|---|---|---|---|---|
| ★★★★½ 270 | ★★★★½ 89 | ★★★★★ 1 | ★★★★☆ 150 | ★★★★☆ 17 | $34.95 prime | ★★★★☆ 28 |
| $67.99 prime | $21.99 prime | $47.99 prime | $30.99 prime | $66.99 prime | | $68.99 prime |

## 4 stars and above
Sponsored

Page 1 of 9

      

| 3pk Water Weight & Waste Loss & Belly Bloat to Reduce Fast Waist Line & Gas Bloatin... | DetoxOne Colon Cleanser & Detox for Weight Loss by NutraOne \| 30 Day... | Weight Loss Pills for Women & Men \| Hydroxycut Hardcore \| Weight Loss... | Supreme Start - Complete Daily Vitamin Pack - Anti-Aging, Healthy Skin, Detox,... | Women Hormone Balance & Water Weight Pills \| PMS Menopause Relief & Related Water... | Nature Made Maximin Pack, 30 Day Supply | Natrol Vitamin B12 Fast Dissolve Tablets, Promotes Energy, Supports a Healthy... |
|---|---|---|---|---|---|---|
| ★★★★☆ 140 | ★★★★☆ 1,265 | ★★★★☆ 3,541 | ★★★★½ 68 | ★★★★☆ 52 | ★★★★½ 1,095 | ★★★★½ 20,334 |
| $31.98 prime | $39.99 prime | $20.74 prime | $51.90 | $28.98 prime | $17.48 prime | $8.24 prime |

## Special offers and product promotions

- **Amazon Business:** Make the most of your Amazon Business account with exclusive tools and savings. Login now

- Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card. No annual fee.** Apply now

## Have a question?
Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product Description





### Start Your Weight Loss Journey with Persona

Persona Weight Loss Vitamin Packs were created for your wellness to curb cravings, balance blood sugar, and fill in nutritional gaps.*

Nutritionists and doctors developed the right assortment of natural solutions to provide you with everything your body needs and nothing it doesn't need. From sourcing safe ingredients to better manufacturing and proper testing, we have you in mind every step of the way.*

A **Foundational Multivitamin** addresses nutrient gaps, helps promote a supported inflammatory response, and your overall health. Our **Appetite Support** contains scientifically researched ingredients that work synergistically together to help you in your weight loss plan. It encourages a helpful appetite and supports your blood sugar and cholesterol. **Blood Sugar Balance** contains Benfotiamine, which has been shown to promote regular blood glucose levels. It also supports the body during times of oxidative stress.*

   

**Sourced with Certainty.**
The natural ingredients in our supplements will help balance your diet and support a successful metabolism. We start with the best ingredients, so you feel your best.*

**Backed by Science. Driven by Results.**
We provide the finest supplements available based on the expertise of our Medical Advisory Board, on-staff nutritionists and registered dietitians, and thousands of research studies.

**Help us end childhood malnutrition.**
At Persona, we believe every child has the right to good nutrition. That's why we partnered with Vitamin Angels to provide life-changing Vitamin A, and have helped more than 1,000,000 kids in need.

**Only One You. Only One Earth.**
Persona cares about the planet. We have completely removed single-use plastic from our packages.



Women's Ultra    Men's Ultra    Beauty    Energy    Sleep



"I couldn't be happier or prouder to work with this company." – Kelly Ripa

Kelly Ripa
"Award-Winning Host & Executive Producer"

Kelly Ripa is partnering with Persona to share her experience with our vitamins and supplements. For active, on-the-go people like Kelly Ripa, it's not easy to focus on and stay on top of your health. That's why we've created a convenient essential multivitamin pack that even the busiest people can remember to take. You can find out what your body really needs to be at its best, too.

*THESE STATEMENTS HAVE NOT BEEN EVALUATED BY THE FOOD AND DRUG ADMINISTRATION. THIS PRODUCT IS NOT INTENDED TO DIAGNOSE, TREAT, CURE OR PREVENT ANY DISEASE.*

These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure, or prevent any disease.

## Product details

Flavor Name: Weight Loss Support
Package Dimensions : 7.24 x 6.26 x 3.82 inches; 9.59 Ounces
Date First Available : September 10, 2020
Manufacturer : Persona
ASIN : B08HRDXY9K
Best Sellers Rank: #30,308 in Health & Household (See Top 100 in Health & Household)
   #54 in Appetite Control & Suppressants
   #222 in Detox & Cleanse Weight Loss Products
   #1,644 in Vitamin Supplements
Customer Reviews: ★★★★☆  497 ratings

## Product guides and documents

Safety Information (PDF)

## Videos

Videos for this product    Videos for related products    Page 1 of 2

  

0:19  Persona Weight Loss Support Pack — Persona Nutrition Vitamin Packs
1:07  The Only Safe Fat Burner That Works? How can you burn fat… — The Genius Brand
1:26  Naturesque White Mulberry Leaf Extract - Help Control Appetite… — Naturesque
1:21  How Lipozene Helps You Lose Fat, Not Just Water Weight — Lipozene
1:13  Siren Labs Slimify Advanced-Stimulant Free Weight Loss… — FitLife Brands



Upload your video

## Important information

### Ingredients

Vitamin A Palmitate, Vitamin C (ascorbic acid), Vitamin D (vegan cholecalciferol), Vitamin E (d-alpha tocopheryl acetate), Vitamin K (Menaquinone-7), Thiamin (Thiamin Hydrochloride), Riboflavin (riboflavin 5'-phosphate sodium), Niacin (Niacinamide), Vitamin B6 (Pyridoxal-Phosphate Monohydrate), Folate (Quatrefolic®), Vitamin B-12 (methylcobalamin), Biotin, Pantothenic Acid (D-Calcium Pantothenate), Iodine (potassium iodide), Zinc (zinc oxide), Selenium (Selenium Yeast), Chromium (chromium trichloride), Copper (Copper Bisglycinate Chelate), Chromium (ChromeMate® Chromium Polynicotinate), Molybdenum (molybdenum glycinate chelate), Potassium (Potassium Aspartate), Alpha Lipoic Acid, Benfotiamine, Astaxanthin (from natural Astaxanthin Extract), GymnaHerb® (Gymnema sylvestre extract)(leaves), NeOpuntia® (Opuntia ficus-indica), Lutein (from free Lutein Suspension, 20% Lutein) [Marigold Extract (Flower)] Lutemax 2020®, LYC-O-MATO® Lycopene, Phase 2® Carb Controller™, Zeaxanthin (from free Lutein Suspension, 4% Zeaxanthin isomers) [Marigold Extract (Flower)]. Other Ingredients: Vegetable cellulose, microcrystalline cellulose rice extract blend (rice extract, rice hulls, gum arabic, sunflower oil), silicon dioxide Rice flour, hypromellose, magnesium stearate and silica Sunflower oil, Vegetarian capsule (modified starch, carrageenan, glycerin,purified water and caramel), candelilla wax, sunflower lecithin."

### Legal Disclaimer

Statements regarding dietary supplements have not been evaluated by the FDA and are not intended to diagnose, treat, cure, or prevent any disease or health condition.

## Compare with similar items

     

| | This item Persona Weight Loss Premium Daily Vitamin Packs \| Doctor-Designed Nutrient Blends to Support Weight Loss \| 28 Day Supply \| 3 Pill Blend: Appetite Support, Blood Sugar Balance & Multivitamin | Avira Organic Garcinia Dual Strength for Weight Loss, Contains Organic Cambogia & Indica Fruits, 90 Capsules, Natural | 5X Potent Apple Cider Vinegar Capsules Plus Keto Bhb - Fat Burner and Weight Loss Supplement Detox for Women and Men 120 Vegan Pills  #1 Best Seller | PhenAprin Diet Pills – Best Appetite Suppressant: Weight Loss and Energy Boost for Metabolism – Optimal Fat Burner Supplement; Helps Curb and Control Appetite, Promotes Mood & Brain Function | Persona Energy Premium Daily Vitamin Packs \| Doctor-Designed Nutrient Blends to Supercharge Your Cells \| 28 Day Supply \| 3-Pill Blend: Green Tea Extract, Vitamin B-12, Cordyceps | Weight Loss Drops - Made in USA - Best Diet Drops for Fat Loss - Effective Appetite Suppressant & Metabolism Booster - 100% Natural, Safe & Proven Ingredients - Non GMO Fat Burner - Garcinia Cambogia |
|---|---|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Rating | ★★★★☆ (497) | ★★★★☆ (4) | ★★★★☆ (38865) | ★★★★☆ (2473) | ★★★★★ (89) | ★★★★☆ (3046) |







pills work, taken in the morning with food and water. They are easy to swallow. The range of vitamins/minerals there is pretty broad, but a couple are missing that are common in other multivitamins. The packaging and instruction leaflet. As I have just started it is too early to report any benefits but I have experienced nothing negative. Kelly Ripa is apparently the spokesperson, which does not impress me. Can't say she comes across as a paragon of health or fitness. Frankly celebrity spokespeople turn me off. Would rather companies improve quality or lower prices than pay some egotist to hawk their goods. But the pills seem decent. Nothing extraordinary about the ingredients but the packaging is convenient and they are easy to take.

52 people found this helpful

Helpful | Report abuse

**Tara**

★★★★★ **Already feel better**
Reviewed in the United States on November 24, 2020
Flavor Name: Weight Loss Support | Vine Customer Review of Free Product (What's this?)

I'm horrible at remembering to take my vitamins. I also detest researching vitamins, purchasing 5 to 6 different herbs/pills/supplements, having 6 bottles taking space. So this is a life saver for me. I put the packs by my morning coffee. Can't forget them. They take minimal space. They are easy to swallow. The website and the Amazon page for these pills both tell me what the pills are and what they are for. Research done. I open a little package, swallow my pills, get on with my day. No bottles to mess with. No "Did I take this one already?" I've had no side effects whatsoever. I've been taking these four days now and within two days I lost that horrible bloating feeling I've been struggling with. My appetite is somewhat calmer though I still crave peanut butter cups. Weight loss won't happen from pills alone. I do exercise and don't eat too badly, not counting a tiny peanut butter cup here and there. I am eager to try this company's other pills. As for cost...I see some people saying they are expensive. i disagree. You know why? If you were to buy all three of these ingredients separately, in space taking bottles, you'd be paying just as much in the end. Unless you are getting cheap quality or mg. So I don't think the price is that bad honestly.

36 people found this helpful

Helpful | Report abuse

**Jaime**

★☆☆☆☆ **Just expensive vitamins**
Reviewed in the United States on January 12, 2021
Flavor Name: Weight Loss Support | Verified Purchase

Too expensive multivitamins but not weight loss product, not even a pound.

18 people found this helpful

Helpful | Report abuse

**mr.bigs12**

★★★★★ **Great Energy but a little Pricey, will buy again because I do like it.**
Reviewed in the United States on November 2, 2020
Flavor Name: Fitness | Verified Purchase | Early Reviewer Rewards (What's this?)

I feel like it's a great supplement but its a little pricey. However, do plan on ordering again to gauge effectiveness vs cost.

14 people found this helpful

Helpful | Report abuse

**Sarah MacDonald Whitely**

★★★★★ **Has helped me a lot!**
Reviewed in the United States on January 23, 2021
Flavor Name: Weight Loss Support | Verified Purchase

These have been one of the best things I've tried to help with my journey in weight loss. Taking it first thing in the morning with water has worked best for me. It has curb my appetite and makes me want smaller portions by filling me up sooner when I eat my meals. I Definitely will be buying again!

10 people found this helpful

Helpful | Report abuse

**Amaber D.** VINE VOICE

★★★☆☆ **Odd taste, will still give it a chance.**
Reviewed in the United States on February 21, 2021
Flavor Name: Weight Loss Support | Verified Purchase

I just received the weight loss box yesterday. I was impressed by the design and how pretty the box looks with the pull out pills. I was unsure if to take the 3 pills total with breakfast since there is NO directions whatsoever anywhere in this box. I guess they want us to use common sense. The pills did leave an odd taste in my mouth even after taking them with food and water. I will continue to take them and see what happens.



6 people found this helpful

Helpful | Report abuse

**Samantha**

★★★★★ **good product**
Reviewed in the United States on January 11, 2021
Flavor Name: Weight Loss Support | Verified Purchase

i really like the product, it does seem to help with curbing hunger. packaging is nice and very easy to use.

7 people found this helpful

Helpful | Report abuse

See all reviews ›

**Customers who viewed this item also viewed**

Page 1 of 7

          

Appetite Suppressant for Weight Loss - Great Way to Lose Weight Fast for Women & Men - Our Advanced Metabolism Booster for Weight...

Persona Energy Premium Daily Vitamin Packs | Doctor-Designed Nutrient Blends to Supercharge Your Cells | 28 Day Supply | 3-Pill...

Persona Beauty Within Premium Daily Vitamin Packs | Doctor-Designed Nutrient Blends | Beauty, Energy & Sleep | 28 Day Supply, AM & PM |...

Persona Bariatric Daily Vitamin Packs | 11 Pills Per Day – 28 Day Supply | All-Inclusive Bariatric Solution | Bariatric Multivitamin, Iron with...

Persona Women's Premium Daily Vitamin Packs | Doctor-Designed Nutrient Blends | Energy, Stress & Beauty | Beauty & Stress | 28 Day...

Persona Sleep & Restore Premium Daily Vitamin Packs | Doctor-Designed Nutrient Blends for Deep, Restorative Sleep | 28 Day Supply | 5 Pill...

Weight Loss Drops – Made in USA - Best Diet Drops for Fat Loss – Effective Appetite Suppressant & Metabolism Booster...


