# Exhibit U

⊕ You are in our Global Site  ⌄        Contact us

**Nestlé** Good food, Good life

Search 🔍

🏠  About us   Our stories   Our impact   Brands   Innovation   Ask Nestlé          **Careers   Investors   Media**

Home  ›  Our impact  ›  Our commitments  ›  Nutrition knowledge  ›  Enhancing biomedical science

# Enhancing biomedical science

Share this page




## Our commitment

Build biomedical science leading to health-promoting products, personalized nutrition and digital solutions

**Achieved** ✓

Biomedical science enables us to understand, treat and help prevent disease at all life stages. Our work also gives us a deep understanding of the role nutrition, together with genetics, family history, environment and lifestyle, play in health and well-being.

## Demonstrating our commitment

We translate our research into science-based interventions for different populations, covering areas such as metabolism, gastrointestinal and brain health, and healthy aging.

We explore personalized and targeted nutritional products and solutions across different life stages and specific health conditions – and even for pets.

# 160+

countries with Nestlé Health Science's personalized vitamin subscription service, *Persona Nutrition*

## Creating science-based solutions for healthy aging



Helping people globally enjoy a high quality of life throughout their life is a big part of why we do what we do. Our scientists have been exploring ways to restore cellular health with nutrition and promote healthy aging for many years.

Our newly launched *Celltrient Cellular Nutrition* solutions target deep inside cells to help renew key natural

processes that can design how we age. Our research focuses on reside from our learnings of a new generation of solutions to target the key drivers of aging.



Nestlé has long conducted research into human and pet microbiomes, as well as the impact of nutrition on the microbiome. This has led to important breakthroughs in understanding how the microbiome changes with age and the development of nutritional solutions, covering the full lifespan from early life to aging.

*Nashmil Emami-Billard*
R&D Program Manager for Microbiome Research Group, Nestlé

## Giving caregivers the tools to support better childhood nutrition

Beyond our products, we are continuously exploring new ways to help caregivers make the best nutritional choices for their child's development. In the Philippines, our *Bear Brand* range of affordable, fortified foods and beverages launched a new digital nutrition assessment tool, the **Tibay calculator** ↗. This tool, the result of a collaboration between the National Food and Nutrition Research Institute and Nestlé Research scientists, helps parents understand the quality and diversity of their child's diet. Based on an algorithm that is designed to calculate diet diversity scores, the *Tibay* calculator identifies nutrient insufficiencies in the diets of 6 to 12-year-olds and makes food and product recommendations. Parents can then use this information to help them make nutritional choices that will close the gaps and give their kids a diverse, healthy diet.

## Creating solutions for mild cognitive impairment

Mild cognitive impairment (MCI) affects 12–21% of individuals age 60 and older. The disruptive symptoms of this condition include memory loss, forgetfulness and a decline in decision-making ability and judgment.

In 2020, we launched *BrainXpert*, a ground-breaking ketogenic drink that is clinically proven to support brain function in people with MCI. A study showed that *BrainXpert* is effective in reducing symptoms, leading to a significant improvement in participants' cognitive abilities. These results give new hope to people with MCI.

## Offering personalized nutrition solutions

In 2020, Nestlé Health Science's personalized vitamin subscription service, *Persona Nutrition,* expanded its operations and reach. Its online assessment that creates personalized nutritional recommendations is now available to meet the unique needs and lifestyle goals of people in more than 160 countries. To receive advice unique to their own health needs, users can receive doctor-approved recommendations and access online advice from nutritionists.



Find additional data and more detail on our progress against our objectives in our *Creating Shared Value and Sustainability Report 2020*.

READ MORE →

## Related commitments

Build and share nutrition knowledge from the first 1000 days through to healthy aging

READ MORE →

Launch more foods and beverages that are nutritious, especially for mothers-to-be, new mothers, infants and children

READ MORE →

Leverage our marketing efforts to promote healthy cooking, eating and lifestyles

READ MORE →

## Our global initiative and 2030 ambition





### Nestlé for Healthier Kids global initiative

We are supporting parents and caregivers on their journey to raise healthier kids

READ MORE →

### How we are inspiring healthier lives

Our 2030 ambition is to help 50 million children lead healthier lives each year

READ MORE →

## You may also be interested in



### Embracing plant-based

Are you a flexitarian? We've checked off your flavor and nutrition needs



### Grown respectfully

The *Nescafé Plan* helps coffee farmers like Eduardo thrive



### Games for healthier kids

#10 ideas to help your child eat healthily and move more

›



Download our Creating Shared Value and Sustainability Report

See performance and reporting

## Nestlé News

Sign up for Global Nestlé News

Sign up

## Compliance Concerns

Speak Up about your concerns

Speak Up

## Contact us

Across the globe, Nestlé are here to help answer your queries

Contact us

## Nestlé

We unlock the power of food to enhance quality of life for everyone, today and for generations to come

### USEFUL LINKS

Ask Nestlé (FAQs)

Contact us

Search for jobs

Sign up for news

Speak Up

### COMPANY

Global addresses

Strategy

Management

Brands A - Z

History

Our impact

### DOWNLOADS

Annual Review (pdf, 15Mb)

CSV and Sustainability Report (pdf, 15Mb)

Responsible Sourcing Standard (pdf, 2Mb)

### OTHER NESTLÉ BUSINESSES

Nestlé Health Science

Nestlé Nespresso

Nestlé Purina Petcare

### MEDIA

News

Media contacts

Images

### INVESTORS

Corporate governance

Shares, ADRs, & Bonds

Publications

### SHARE PRICE

CHF ↓ 115.22  (-1.08%)

## FOLLOW US ON

     

© 2021 Nestlé  |  Site map  |  Help  |  Privacy  |  Cookies  |  Terms of use  |  Accessibility  |  RSS  |  Sign me up  |  Unsubscribe  |  Contact us

Cookie Consent