# Exhibit V

amazon | Hello, Select your address | Health, Household & Baby Care ▾ | Health, Household & Baby Care ▾ | 🔍 | 🇺🇸 ▾ | Hello, Sign in Account & Lists ▾ | Returns & Orders ▾ | 🛒 Cart

☰ All | Best Sellers | Customer Service | Prime ▾ | New Releases | Pharmacy | Books | Fashion | Toys & Games | Kindle Books | Gift Cards | Amazon Home | Registry | Sell | Computers | Save on school essentials

Health & Personal Care | Household Supplies | Vitamins & Diet Supplements | Baby & Child Care | Health Care | Sports Nutrition | Sexual Wellness | Health & Wellness | Medical Supplies & Equipment | FSA Eligible Items | Sales & Special Offers

★★★★★ 19
$14.46 ✓prime
Centrum Kids' Organic Multigummies, Kids Multivitamin...

Sponsored ⓘ

Health & Household › Vitamins & Dietary Supplements › Vitamins › Multivitamins



**Persona Bariatric Daily Vitamin Packs | 11 Pills Per Day – 28 Day Supply | All-Inclusive Bariatric Solution | Bariatric Multivitamin, Iron with Vitamin C, Calcium Citrate, & Probiotic|Dr. Recommended**

Visit the Persona Store
★★★★½ ▾   3 ratings

Price: **$47.99** ($1.71 / Count) & FREE Returns

🟧 Coupon ☐ Save an extra 50% when you apply this coupon. Details

Get $50 off instantly: Pay $0.00 $47.99 upon approval for the Amazon Rewards Visa Card. No annual fee.

| | |
|---|---|
| **Brand** | Persona |
| **Ingredients** | Vitamin A (as Beta Carotene) 3012 mcg Vitamin D3 (as Cholecalciferol) 25 mcg Vitamin E (as d-Alpha Tocopherol) 15 mg Vitamin K (as Menaquinone-7) 120 mcg Vitamin B... See more ▾ |
| **Age Range (Description)** | Adult |
| **Unit Count** | 28.00 Count |
| **Item Dimensions LxWxH** | 4 x 7 x 6 inches |

### About this item

- **POST SURGERY HEALTH** – After surgery you can be at risk for nutrient deficiencies. Persona's Bariatric Pack fills in nutritional gaps that may be difficult to meet through diet alone & takes the stress out of worrying about getting proper nutrition.
- **WHY YOU'LL LOVE IT** – Nutritionists and doctors created the Bariatric Pack to support the health of those following surgery. With our multivitamins you'll feel good knowing that you are helping your digestion, immune system, energy, and mood thrive.
- **SCIENCE-BASED INGREDIENTS** – Product is vigorously tested with the highest quality ingredients: Calcium combats deficiency from reduced absorption, Iron with Vitamin C can prevent anemia, Multivitamin fills nutrient gaps & Probiotic promotes digestion.
- **HOW IT WORKS** – Take Persona's Bariatric Multi Pack any time of day with food & at least 8 oz. of water. (Trouble swallowing pills? Take with room temperature water) Good things take time. Add this to your routine to increase your overall health and feel great!
- **PERSONA NUTRITION** – Everyone is different, so everything we do is designed for you. We invested 20 years into improving nutritional health and are committed to helping you live your healthiest life. Essential Packs provides you a customized solution.

Compare with similar items

### Similar item to consider

Amazon Brand - Solimo Prebiotic & Probiotic 2 Billion CFU, 50 Gummies (2 Gummies per Serving)
$8.52
★★★★½ (4554)

**$47.99**
& FREE Returns ▾

FREE delivery: **Thursday, Aug 19** Details

⌖ Select delivery location

**Only 3 left in stock - order soon.**

Qty: 1 ▾

[ Add to Cart ]

[ Buy Now ]

🔒 Secure transaction

Ships from  Amazon
Sold by  Persona Nutrition Vita...
Packaging  Shows what's inside. T...

Details

Return policy: Eligible for Return, Refund or Replacement

**prime**
Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime
Try Prime and start saving today with Fast, FREE Delivery

☐ Add a gift receipt for easy returns

[ Add to List ]

Have one to sell?
[ Sell on Amazon ]


Save 10%
Empower™ - Instant Willpower™ Sugar Cravings Help for...
★★★★☆ 2,846
$26.96 $29.95 ✓prime
Subscribe & Save

Sponsored ⓘ


Always the perfect gift
Shop gift cards ›

### Buy it with



Total price: $91.97
[ Add all three to Cart ]

☑ **This item:** Persona Bariatric Daily Vitamin Packs | 11 Pills Per Day – 28 Day Supply | All-Inclusive Bariatric Solution |...   $47.99 ($1.71/Count)
☑ BariMelts Calcium Citrate, Dissolvable Bariatric Vitamins, Natural Berry Flavor, 120 Fast Melting Tablets $26.99 ($0.22/Count)
☑ BariMelts Biotin, Dissolvable Bariatric Vitamins, Natural Strawberry Flavor, 90 Fast Melting Tablets $16.99 ($0.19/Count)

**4 stars and above**
Sponsored ⓘ

Page 1 of 5

     

**GNC Mega Men Sport Vitapak 30 day New Formula**
★★★★☆ 389
$44.99

**FarmHaven Multivitamin for Women | 22 Essential Nutrients, Fruits & Veggies Womens ...**
★★★★☆ 228
$23.99 ✓prime

**Nature Made Maximin Pack, 30 Day Supply**
★★★★☆ 1,154
$16.96 ✓prime

**GNC Women's Ultra Mega Active Multivitamin | Supports Active Women | 180...**
★★★★★ 536
$26.34 ✓prime

**BariMelts Multivitamin, Dissolvable Bariatric Vitamins, Natural Fruit Flavor, 60 Fa...**
★★★★☆ 3,809
$25.99 ✓prime

**BariMelts Iron + Vitamin C, Dissolvable Bariatric Vitamins, Natural Orange Flavor, ...**
★★★★☆ 3,628
$21.99 ✓prime

**Vegan Multivitamins & Minerals with High Strength Vitamin B12 & Vegan D3. 180 Multi...**
★★★★☆ 2,691
$19.99 ✓prime

## Customers who viewed this item also viewed

Page 1 of 6

     

**Persona Weight Loss Premium Daily Vitamin Packs | Doctor-Designed Nutrient Blends to Support Weight Loss | 28 Day Supply | 3 Pill...**
★★★★☆ 545
$40.99
Get it as soon as **Tuesday, Aug 17**
FREE Shipping on orders over $25 shipped by Amazon
In Stock.

**Persona Women's Premium Daily Vitamin Packs | Doctor-Designed Nutrient Blends | Energy, Stress & Beauty & Stress | 28 Day...**
★★★★☆ 284
$67.99
Get it as soon as **Tuesday, Aug 17**
FREE Shipping on orders over $25 shipped by Amazon
In Stock.

**Persona Energy Premium Daily Vitamin Packs | Doctor-Designed Nutrient Blends to Supercharge Your Cells | 28 Day Supply | 3-Pill...**
★★★★☆ 94
$21.99
Get it as soon as **Tuesday, Aug 17**
FREE Shipping on orders over $25 shipped by Amazon
In Stock.

**Persona Sleep Premium Daily Vitamin Packs | Doctor-Designed Nutrient Blends for Better, Deeper Sleep | 28 Day Supply | 3 Pill...**
★★★★☆ 156
$30.99
Get it as soon as **Wednesday, Aug 18**
FREE Shipping on orders over $25 shipped by Amazon
In Stock.

**Persona Beauty Within Premium Daily Vitamin Packs | Beauty, Energy & Sleep | 28 Day Supply, AM & PM |...**
★★★★☆ 21
$66.99
Get it as soon as **Tuesday, Aug 17**
FREE Shipping on orders over $25 shipped by Amazon
In Stock.

**Persona Prenatal Daily Vitamin Packs | 6 Pills Per Day – 28 Day Supply | Your Prenatal Vitamin Solution | Prenatals, Omega 3, Probiotic,...**
★★★★☆ 29
$68.99
Get it as soon as **Tuesday, Aug 17**
FREE Shipping on orders over $25 shipped by Amazon
Only 17 left in stock - order soon.

**Persona Teens Immune Support Gummy Vitamin Packs | 28 Day Supply | Vitamin C, Vitamin D, Immune Forte | Ages 13 to 17 | Vegan & Sugar...**
★★★★☆ 2
$34.95
Get it as soon as **Tuesday, Aug 17**
FREE Shipping on orders over $25 shipped by Amazon
In Stock.

## Special offers and product promotions

- **Amazon Business:** Make the most of your Amazon Business account with exclusive tools and savings. **Login now**
- Get a **$50 Amazon Gift Card** Instantly upon approval for the **Amazon Rewards Visa Card. No annual fee. Apply now**

## Have a question?

Find answers in product info. Q&As, reviews

🔍 Type your question or keyword

## Product Description





Bariatric Multivitamin Essential Vitamin Pack

Daily vitamins and probiotic to improve overall health post surgery*.



**Nutrients to Support Your Post-Surgery Recovery**

Receive proper daily nutrition during your post-surgery recovery—the Persona Bariatric Multivitamin Pack combats post-surgery nutritional deficiencies and thrives. Feel great while supporting your energy, digestion, and immune system for an ideal recovery.*

Nutritionists and doctors developed the right assortment of natural solutions to provide you with everything your body needs and nothing it doesn't need. From sourcing safe ingredients to better manufacturing and proper testing, we have you in mind every step of the way.*

A **Bariatric Multivitamin** follows American Society for Metabolic and Bariatric surgery guidelines to

fill... optimally. **Iron with Vitamin C** aids in the transportation of oxygen and red blood cell production throughout the body to encourage recovery, and vitamin C promotes the absorption of iron to support the immune system. **Calcium Citrate** supports bone health & blood pressure.









**Sourced with Certainty.**

The natural ingredients in our supplements will boost your energy and enhance your mood. We start with the best ingredients, so you feel your best.*

**Backed by Science. Driven by Results.**

We provide the finest supplements available based on the expertise of our Medical Advisory Board, on-staff nutritionists and registered dietitians, and thousands of research studies.

**Help us end childhood malnutrition.**

Persona is partnering with Vitamin Angels, a charity providing lifesaving vitamins to mothers and children at risk of malnutrition. Each order shipped provides two children with vitamin A.

**Only One You. Only One Earth.**

Persona cares about your health and the environment. We have completely removed single-use plastic from our packages.



Women's Ultra   Men's Ultra   Fitness   Weight   Sleep



"I couldn't be happier or prouder to work with this company." – *Kelly Ripa*

Kelly Ripa
"Award-Winning Host & Executive Producer"

Kelly Ripa is partnering with Persona to share her experience with our vitamins and supplements. For active, on-the-go people like Kelly Ripa, it's not easy to focus on and stay on top of your health. That's why we've created a convenient essential multivitamin pack that even the busiest people can remember to take. You can find out what your body really needs to be at its best, too.

*THESE STATEMENTS HAVE NOT BEEN EVALUATED BY THE FOOD AND DRUG ADMINISTRATION. THIS PRODUCT IS NOT INTENDED TO DIAGNOSE, TREAT, CURE, OR PREVENT ANY DISEASE.

---

## Product details

**Product Dimensions** : 4 x 7 x 6 inches; 1.13 Pounds

**Date First Available** : August 5, 2020

**Manufacturer** : Vitaminpacks, Inc.

**ASIN** : B08FBP38CW

**Best Sellers Rank:** #465,126 in Health & Household (See Top 100 in Health & Household)
#4,733 in Multivitamins

**Customer Reviews:**
★★★½☆ ∨   3 ratings

## Videos

Page 1 of 2

**Videos for related products**



BEST KIDS VITAMINS | Nutrilite Kids Vitamins Taste Test

Dad Reviews



Best Multivitamins for Men - Athletes, Over 40, and More

BarBend

Men's Daily Multivitamin Supplement with Vitamins A C D...

Vimerson Health

ONNIT Total Human

ONNIT



Simply Potent Women's Multivitamins

Simply Potent



Certifie... Women...

Movita



Upload your video

---

## Important information

### Ingredients

Vitamin A (as Beta Carotene) 3012 mcg Vitamin D3 (as Cholecalciferol) 25 mcg Vitamin E (as d-Alpha Tocopherol) 15 mg Vitamin K (as Menaquinone-7) 120 mcg Vitamin B1 Thiamin (as Thiamin Hydrochloride) 50 mg Vitamin B2 Riboflavin (as Riboflavin 5-Phosphate Sodium) 3 mg Vitamin B3 Niacin (as Niacinamide) 16 mg Vitamin B6 (as Pyridoxal-Phosphate Monohydrate) 3 mg Folate (as (6S)-Methyltetrahydrofolic acid sodium salt, Arcofolin®) "1360 mcg DFE (800 mcg L-5-MTHF)" Vitamin B12 (as Methylcobalamin) 500 mcg Biotin 30 mcg Pantothenic acid (as D-Calcium Pantothenate) 7.5 mg Iodine (as Potassium Iodide) 75 mcg Magnesium (as Magnesium Citrate 50% &

Magnesium Oxide 50%) 36 mg Zinc (as Zinc Methionine) 11 mg Copper (as Copper Gluconate) 1 mg Manganese (as Manganese Citrate) 5 mg Chromium (as Chromium Polynicotinate, ChromeMate®) 45 mcg Potassium (as Potassium Citrate) 45 mg MSM 200 mg Quercetin 100 mg Bioflavonoids 100 mg Safflower 100 mg Water

## Directions

Take 1 "Morning" Pack per day with or after breakfast. Take 1 "Evening" Pack per day. For the most effective absorption, please take 4 calcium citrate during or after dinner and 4 calcium citrate before bed, at least 4 hours apart. Take With Water. To prevent an upset stomach, take all your supplements with water and avoid soft drinks or coffee which can interfere with absorption. Take With Food. Always take your supplements with food to prevent nausea.

## Legal Disclaimer

Statements regarding dietary supplements have not been evaluated by the FDA and are not intended to diagnose, treat, cure, or prevent any disease or health condition.

## Compare with similar items

   

|  | **This item** Persona Bariatric Daily Vitamin Packs \| 11 Pills Per Day – 28 Day Supply \| All-Inclusive Bariatric Solution \| Bariatric Multivitamin, Iron with Vitamin C, Calcium Citrate, & Probiotic\|Dr. Recommended | Bariatric Choice ONCE DAILY Bariatric Multivitamin Capsule with 45 mg of Iron (90 Count), Bariatric Vitamin Supplement for Post Bariatric Surgery Gastric Bypass Patients | ONNIT Total Human - Daily Vitamin Packs for Men & Women (60 Pack) - 10x Your Multivitamin - Packed with Essential Vitamins, Minerals, Herbs & Amino Acids | Bariatric Liquid Force Multivitamin - Complete Post Bariatric Iron and 42 Super Fruits and Supplements |
|---|---|---|---|---|
|  | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| **Customer Rating** | ★★★★☆ (3) | ★★★★☆ (4203) | ★★★★☆ (1983) | ★★★★☆ (788) |
| **Price** | $47⁹⁹ | $29⁹⁹ | $137⁹⁵ | $15⁹⁹ |
| **Shipping** | FREE Shipping. Details | FREE Shipping. Details | FREE Shipping. Details | FREE Shipping on orders over $25.00 shipped by Amazon or get Fast, Free Shipping with Amazon Prime |
| **Sold By** | Persona Nutrition Vitamin Packs | DIET DIRECT | ONNIT | Universal Body Labs |
| **Item Dimensions** | 4 x 7 x 6 inches | 2.25 x 2.25 x 4.5 inches | 12.5 x 5.75 x 4 inches | 2 x 2 x 4 inches |

## Explore more from Persona

Sponsored ⓘ

      

Persona Glo Getter Daily Gummy Vitamin Packs | 28 Day Supply | Sugar Free | Hair Sk...
★★★★☆ 21
$39.95 ✓prime

Persona Relax Daily Gummy Vitamin Packs | 28 Day Supply | Support Less Stress with ...
$34.95 ✓prime

Persona Prenatal Daily Vitamin Packs | 6 Pills Per Day – 28 Day Supply | Your Prena...
★★★★☆ 29
$68.99 ✓prime

Persona Teens Immune Support Gummy Vitamin Packs | 28 Day Supply | Vitamin C, Vitam...
★★★★★ 2
$34.95 ✓prime

Persona Fitness Daily Vitamin Packs | 4 Pills Per Day – 28 Day Supply | All-Inclusi...
★★★★☆ 545
$59.99 ✓prime

Persona Men's Premium Daily Vitamin Packs | Doctor-Designed Nutrient Blends for Str...
★★★★☆ 284
$54.99 ✓prime

Persona Energy Premium Daily Vitamin Packs | Doctor-Designed Nutrient Blends to Sup...
★★★★☆ 94
$21.99 ✓prime

 

M.U®
MermaidUSA.com

Herbalist formulation give you incredible results

M.U Natural Breast Enhancement Pills Support Breasts Health Lift Firm Healthy Supplement Natural and Green Herb to…
★★★★☆ 504
$69.00 ✓prime

Sponsored ⓘ

## Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

 Top reviews ⌄

★★★½ 3.4 out of 5

3 global ratings

| | |
|---|---|
| 5 star | 60% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 40% |

˅ How are ratings calculated?

 Felicia Clay

★★★★★ **Wonderful for everyone , different variety**

Reviewed in the United States on December 12, 2020

**Verified Purchase**   **Early Reviewer Rewards** (What's this?)

I love the convince of the packing

Helpful   |   Report abuse

See all reviews ›

**Review this product**

Share your thoughts with other customers

Write a customer review



Centrum Women's Organic Multigummie...

★★★★½ 35

$14.83 ✓prime

Shop now

Sponsored ⓘ

---

**What other items do customers buy after viewing this item?**

Page 1 of 2









| Persona Weight Loss Premium Daily Vitamin Packs \| Doctor-Designed Nutrient Blends to Support Weight Loss \| 28 Day Supply \| 3 Pill... | Persona Women's Premium Daily Vitamin Packs \| Doctor-Designed Nutrient Blends \| Energy, Stress & Beauty \| Beauty & Stress \| 28 Day... | Persona Energy Premium Daily Vitamin Packs \| Doctor-Designed Nutrient Blends to Supercharge Your Cells \| 28 Day Supply \| 3-Pill... | Persona Men's Premium Daily Vitamin Packs \| Doctor-Designed Nutrient Blends for Strength, Energy & Clarity \| 28 Day Supply... | Persona Women's 50+ Premium Daily Vitamin Packs \| Doctor-Designed Nutrient Blends \| Energy & Vibrance Over 50 \| 28 Day Supply \| Probiotic,... | Persona Sleep & Restore Premium Daily Vitamin Packs \| Doctor-Designed Nutrient Blends for Deep, Restorative Sleep \| 28 Day Supply \| 5 Pill... | Persona Sleep Premium Daily Vitamin Packs \| Doctor-Designed Nutrient Blends for Better, Deeper Sleep \| 28 Day Supply \| 3 Pill... |
|---|---|---|---|---|---|---|
| ★★★★½ 545 | ★★★★½ 284 | ★★★★½ 94 | ★★★★½ 284 | ★★★★½ 284 | ★★★★½ 156 | ★★★★½ 156 |
| $40.99 | $67.99 | $21.99 | $54.99 | $73.99 | $38.99 | $30.99 |
| Get it as soon as **Tuesday, Aug 17** | Get it as soon as **Tuesday, Aug 17** | Get it as soon as **Tuesday, Aug 17** | Get it as soon as **Tuesday, Aug 17** | Get it as soon as **Tuesday, Aug 17** | Get it as soon as **Wednesday, Aug 18** | Get it as soon as **Wednesday, Aug 18** |
| FREE Shipping on orders over $25 shipped by Amazon | FREE Shipping on orders over $25 shipped by Amazon | FREE Shipping on orders over $25 shipped by Amazon | FREE Shipping on orders over $25 shipped by Amazon | FREE Shipping on orders over $25 shipped by Amazon | FREE Shipping on orders over $25 shipped by Amazon | FREE Shipping on orders over $25 shipped by Amazon |
| In Stock. | In Stock. | In Stock. | In Stock. | In Stock. | In Stock. | In Stock. |

 Centrum Wellness Packs Daily Vitamins fo...

★★★★½ 175

$23.12 ✓prime   Shop now

Sponsored ⓘ

---

**Disclaimer:** While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packaging and materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.

---

**Popular products inspired by this item**









| PEScience TruMulti Men's Multivitamin with Premium Quality Vitamin C, D, Zinc for Immune & Stress Support, 90 Capsules | MegaFood, Kids One Daily, Daily Multivitamin and Mineral Dietary Supplement with Vitamins, C, D and Folate, Non-GMO,... | Go Healthy Natural Multivitamin Gummies for Kids, Vegetarian, OU Kosher, Halal (60 ct) 30 Serving Immune Support Vitamin C, D3 + Zinc | MegaFood, Kids One Daily, Daily Multivitamin and Mineral Dietary Supplement with Vitamins, C, D and Folate, Non-GMO,... | Wellgenix Bio-Available Sublingual B12 B6 W/Folic Acid Vitamin Formulated for High Absorption - Nutritional Multivitamin... | Dr.Brian Vitamin C D3 Gummies for Kids Children Adults Helps Immune Support and Bones Health Multivitamin Vitamin C2... | Globulo Rojo Iron Supplement - Dietary Supplement Pills with High Potency Iron & B Vitamins, 60 Tablets - 6 Pack |
|---|---|---|---|---|---|---|
| ★★★★½ 268 | ★★★★★ 645 | ★★★★½ 401 | ★★★★½ 732 | ★★★★☆ 6 | ★★★★½ 40 | ★★★★★ 1 |
| $24.99 | $14.95 | $15.99 | 2 offers from $47.99 | $22.25–$41.31 | $11.99 | $47.93 |
| & Free Shipping | Get it as soon as **Tuesday, Aug 17** | Get it as soon as **Tuesday, Aug 17** | | & Free Shipping | Get it as soon as **Tuesday, Aug 17** | & Free Shipping |

## Related items

Page 1 of 2

      

| | | | | | | |
|---|---|---|---|---|---|---|
| Persona Sleep & Restore Premium Daily Vitamin Packs | Doctor-Designed Nutrient Blends for Deep, Restorative Sleep | 28 Day Supply | 5 Pill... | Bariatric Fusion Grape Flavored Bariatric Iron Supplement Soft Chew with Vitamin C for Bariatric Patients Including Gastric... | BariMelts Biotin, Dissolvable Bariatric Vitamins, Natural Strawberry Flavor, 90 Fast Melting Tablets | Morning Liquid Vitamins by MaryRuth's (Raspberry) Vegan Multivitamin A B C D3 E Trace Minerals & Amino Acids for Energy, Hair,... | BariMelts B12 Plus, Dissolvable Bariatric Vitamins, Natural Cherry Flavor, 90 Fast Melting Tablets | PatchMD — Iron Plus Topical Patches - 30 Days Supply | Portion Control Serving Utensil Set of 8 – 4 Solid and 4 Perforated Spoons, in 2 oz, 4 oz, 6 oz and 8 oz, Different Colors for Each Size,... |
| ★★★★☆ 156 | ★★★★☆ 933 | ★★★★☆ 3,289 | ★★★★☆ 20,328 | ★★★★☆ 2,180 | ★★★★☆ 44 | ★★★★☆ 2,124 |
| $38.99 | $28.99 | $16.99 | $39.55 | $20.99 | $19.95 | $25.99 |
| Get it as soon as **Wednesday, Aug 18** | Get it as soon as **Tuesday, Aug 17** | Get it as soon as **Tuesday, Aug 17** | Get it as soon as **Tuesday, Aug 17** | Get it as soon as **Tuesday, Aug 17** | Get it as soon as **Wednesday, Aug 18** | Get it as soon as **Tuesday, Aug 17** |
| FREE Shipping on orders over $25 shipped by Amazon | FREE Shipping on orders over $25 shipped by Amazon | FREE Shipping on orders over $25 shipped by Amazon | FREE Shipping on orders over $25 shipped by Amazon | FREE Shipping on orders over $25 shipped by Amazon | FREE Shipping on orders over $25 shipped by Amazon | FREE Shipping on orders over $25 shipped by Amazon |
| In Stock. | In Stock. | In Stock. | In Stock. | In Stock. | In Stock. | In Stock. |

See personalized recommendations

**Sign in**

New customer? Start here.

---

Back to top

**Get to Know Us**
Careers
Blog
About Amazon
Sustainability
Press Center
Investor Relations
Amazon Devices

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Become a Delivery Driver
Start a package delivery business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Secured Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

**amazon**

English | United States

| | | | | | |
|---|---|---|---|---|---|
| Amazon Music Stream millions of songs | Amazon Advertising Find, attract, and engage customers | Amazon Drive Cloud storage from Amazon | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Alexa Actionable Analytics for the Web |
| Sell on Amazon Start a Selling Account | Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Ignite Sell your original Digital Educational Resources | Amazon Web Services Scalable Cloud Computing Services |
| Audible Listen to Books & Original Audio Performances | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | DPReview Digital Photography | East Dane Designer Men's Fashion | Fabric Sewing, Quilting & Knitting |
| Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands |
| Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems | eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home |
| Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | Amazon Second Chance Pass it on, trade it in, give it a second life | | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2021, Amazon.com, Inc. or its affiliates